**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re  FAP Investors, LLC           )
                                    )
                                    )    Bankruptcy No. ____14-28918____
                                    )
       Debtor.                      )    Chapter _____11_____

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____Steinberg Advisors, Ltd._____

Authorized to Provide Professional Services to: _____FAP Investors, LLC [Debtor]_____

Date of Order Authorizing Employment: _____March 19, 2015_____

Period for Which Compensation is Sought:
From _____February 10_____, __2015__ through _____April 8_____, __2015__

Amount of Fees Sought:    $ 11,111.25

Amount of Expense Reimbursement Sought:    $ 185.51

This is an:    Interim Application _____    Final Application ___✓___

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated:  May 4, 2015                          /s/  Greta M. Brouphy
                                                  (Counsel)

(Rev 11/19/10)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No. 14-28918 |
| FAP INVESTORS, LLC | * | CHAPTER 11 |
| Debtor | * | |

## NOTICE OF FEE APPLICATION

TO: ATTACHED SERVICE LIST:

**PLEASE TAKE NOTICE** that on this 26th day of May 2015 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in the room usually occupied by her as Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, or before any other Judge who may be sitting in her place and stead and shall present the *Application for Compensation for Professional Services Performed by Steinberg Advisors, Ltd. as Accountants and Reimbursement of Reasonable Expenses*, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Douglas S. Draper
Douglas S. Draper, IL Bar No. #90784481
Heller, Draper, Patrick, Horn & Dabney, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504-299-3300/Fax: 504-299-3399

## CERTIFICATE OF SERVICE

STATE OF LOUISIANA

PARISH OF ORLEANS

The undersigned, being first duly sworn on oath, deposes and states that he caused a copy of the foregoing Notice and attached Application to be served on all the parties listed on the attached service list via court's electronic registration as follows:

{00346613-1}

- Greta M Brouphy gbrouphy@hellerdraper.com
- Brian M. Dougherty bmd@gsrnh.com, kam@gsrnh.com
- Douglas S Draper ddraper@hellerdraper.com, lcollins@hellerdraper.com;kfritscher@hellerdraper.com;tmanthey@hellerdraper.com;gbrouphy@hellerdraper.com
- William H. Hrabak whrabak@gsrnh.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- Miriam R. Stein mstein@chuhak.com, dgeorge@chuhak.com

And also by first class U.S. Mail, postage prepaid, on the attached matrix on this 4th day of May 2015.

/s/Douglas S. Draper
Douglas S. Draper, IL Bar No. #90784481

{00346613-1}

Case 14-28918

Mon May  4 11:12:46 CDT 2015

| | | |
|---|---|---|
| FAP Investors, LLC<br>15700 W. 103rd Street<br>Lemont, IL 60439-9610 | AMS Mechanical Systems, Inc.<br>140 East Tower Dr.<br>Burr Ridge, IL 60527-5784 | Azteca Foods, Inc.<br>Chuhak & Tecson, P.C.<br>c/o Miriam Stein<br>30 S. Wacker Dr., #2600<br>Chicago, IL 60606-7512 |
| | The Law Firm of Heller Draper Patrick Horn & | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| AMS Mechanical Systems, Inc<br>William H Hrabak, Jr<br>835 McClintock Drive, Second Floor<br>Burr Ridge, IL 60527-0859 | Anica Ostojic<br>5301 North Wayne<br>Chicago, IL 60640-2210 | Azteca Foods, Inc.<br>c/o Arthur Velasquez<br>5005 S. Nagle<br>Chicago, IL 60638-1318 |
| Bismarck Brackett<br>c/o UIRC<br>15700 W. 103rd Street<br>Lemont, IL 60439-9610 | CGR R/E Investment Fund X, LLC<br>666 Dundee Road<br>#903<br>Northbrook, IL 60062-2735 | CGR R/E Investment Fund XI, LLC<br>666 Dundee Road<br>#903<br>Northbrook, IL 60062-2735 |
| David Peluso<br>c/o UIRC<br>15700 W. 103rd Street<br>Lemont, IL 60439-9610 | David Sherman<br>c/o Chauner Securities<br>666 Dundee Road #903<br>Northbrook, IL 60062-2735 | Dean Andrews<br>c/o Advanced Group<br>P.O. Box 50401<br>Henderson, NV 89016-0401 |
| Eric Warden<br>c/o UIRC<br>15700 W. 103rd Street<br>Lemont, IL 60439-9610 | Frank B. Chauner Revocable Trust<br>1029 Adelaide Drive<br>Northbrook, IL 60062-3424 | Frank B. Chauner SEP IRA<br>1029 Adelaide Drive<br>Northbrook, IL 60062-3424 |
| Frank Chauner<br>1029 Adelaide Drive<br>Northbrook, IL 60062-3424 | Illinois Dept of Employmnt Security<br>Benefit Payment Control Division<br>PO Box 4385<br>Chicago, IL 60680-4385 | Illinois Dept of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | James Pasko<br>5397 Lakewood Drive<br>Coloma, MI 49038-9629 | James Stevens<br>801 Provencal Drive<br>Burr Ridge, IL 60527-6867 |
| Jeffrey Kolodny<br>6160 N. Cicero Avenue<br>#620<br>Chicago, IL 60646-4392 | John Majic<br>909 St. Stephens Green<br>Oak Brook, IL 60523-2569 | John Milne<br>1226 S. New Wilke Dr<br>#408<br>Arlington Hts, IL 60005-2954 |
| Joseph F. Hercik<br>2512 N. Menard Avenue<br>Chicago, IL 60639-2325 | Kriza Ostojic<br>1302 Edgewood Lane<br>Northbrook, IL 60062-4716 | LLH Partnership<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601-4277 |

| | | |
|---|---|---|
| LLH Partnership (Mitch Goldsmith)<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601-4277 | Lawrence and Laura McCulloch<br>6716 Bridgewater Village Road<br>Windermere, FL 34786-7386 | Michael A Kolodny<br>6160 N. Cicero Avenue<br>#620<br>Chicago, IL 60646-4392 |
| Michael Shenson<br>707 Alalapa Lane<br>Foster City, CA 94404 | Mitchell Goldsmith<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601-4277 | Mitchell Goldsmith Self Dec of Trust<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601-4277 |
| Radley Persall Premarital Trust<br>c/o Chauner Securities<br>666 Dundee Road #903<br>Northbrook, IL 60062-2735 | Randall Persall<br>c/o Chauner Securities<br>666 Dundee Road #903<br>Northbrook, IL 60062-2735 | Richard and Donna Milne<br>1226 S. New Wilke Dr<br>#408<br>Arlington Hts, IL 60005-2954 |
| Robert Gold<br>1117 East Woodward Dr<br>Tulsa, OK 74114-1247 | Robert T and Dawn M Geras<br>55 East Erie Street<br>#2905<br>Chicago, IL 60611-2255 | SLS Westcoast Trust<br>c/o Stephan Schwartz<br>532 Brierhill<br>Deerfield, IL 60015-4404 |
| Shefsky & Froelich, LTD.<br>111 E. Wacker Drive<br>Suite 2800<br>Chicago, IL 60601-4209 | Stuart Pinkert<br>500 Skokie Boulevard<br>#525<br>Northbrook, IL 60062-2866 | Stuart and Rhonda Salins<br>211 Linden Park Place<br>Highland Park, IL 60035-2519 |
| Taft Stettinius & Hollister LLP<br>f/k/a Shefsky & Froelich Ltd<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL 60601-4209 | The Dean Andrews IRA<br>c/o Dean Andrews<br>1461-A South Prairie Ave<br>Chicago, IL 60605-3037 | Troy Bernstein<br>3012 Majestic Oaks Drive<br>St. Charles, IL 60174-7955 |
| Urban Investment Research Corp<br>15700 W. 103rd Street<br>Lemont, IL 60439-9610 | Weissberg & Associates, Ltd.<br>401 South LaSalle Street<br>Chicago, IL 60605-2993 | William H. Hrabak<br>Goldstine Skrodzki Russian Nemec<br>835 McClintock Dr.<br>Burr Ridge, IL 60527-0859 |
| Douglas S Draper<br>[redacted] | Greta M Brouphy<br>[redacted] | Patrick S Layng<br>[redacted] |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No. 14-28918 |
| FAP INVESTORS, LLC | * | CHAPTER 11 |
| Debtor | * | |

**FIRST AND FINAL APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES PERFORMED BY STEINBERG ADVISORS, LTD. AS ACCOUNTANTS AND REIMBURSEMENT OF REASONABLE EXPENSES**

Steinberg Advisors, Ltd. (the "Firm") as accountants for FAP Investors, LLC, formerly known as Frozen Assets Properties, LLC, debtor and debtor-in-possession ("Debtor"), who, with assistance from undersigned counsel, submits this application ("Application") and supporting *Declaration and Verification of Richard D. Spiegel* ("Verification") for payment of compensation for preparation of outstanding federal and state tax returns for the 2014 taxable year and reimbursement of reasonable expenses pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

**Preliminary Statement**

1.    The Firm prepared the outstanding federal and state tax returns for the 2014 taxable year on behalf of the Debtor. By this Application, the Firm is seeking the entry of an order: (i) allowing and approving compensation for the performance of professional services rendered to the Debtor in the amount of $11,111.25 for completing the returns; and (ii)

{00346614-1}
1

reimbursement of actual and necessary expense in the amount of $185.51 incurred by the Firm in rendering such services.

### Jurisdiction and Venue

2. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

3. Venue in this District is proper pursuant to 18 U.S.C. §§ 1408 and 1409.

### Statutory Predicate

4. This Application is submitted pursuant to 327, 330 and 331 of the Bankruptcy Code, Bankruptcy Code 2014, and Local Rule 5082-1.

### Background

5. On August 6, 2014, the ("Petition Date"), the Debtor filed its voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code (the "Chapter 11 Case").

6. The Debtor is operating its business and managing its financial affairs as debtor-in-possession. No committee of unsecured creditors, trustee or examiner has been appointed to service in this Chapter 11 Case.

7. The Second Amended Disclosure Statement is set for hearing on May 6, 2015.

### The Debtor's Retention of the Firm

8. By order dated March 19, 2015, the Debtor was granted the authority to employ the Firm to prepare outstanding federal and state tax returns for the 2014 taxable year. The Firm as employed as of February 10, 2015. The Firm was completed with the performance of its services by April 8, 2015.

**Disinterestedness of the Firm**

9. To the best of the Debtor's knowledge and based upon the *Declaration and Rule 2014 Verified Statement of Richard D. Spiegel in Support of the Debtor's Application for Entry of an Order Authorizing and Approving the Retention and Employment of Steinberg Advisors, Ltd. as Accountants* [ECF Dkt. #34], the Firm is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code.

10. To the best of the Debtor's and the Firm's knowledge and based upon the Spiegel Declaration, the Firm does not hold or represent an interest adverse to the Debtor or its estate, in accordance with section 327 of the Bankruptcy Code.

11. To the best of the Debtor and the Firm's knowledge, information, and belief, and based upon the Spiegel Declaration, (a) the Firm has no connection with the Debtor, creditors of the Debtor, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), any person employed in the office of the U.S. Trustee, or any other party with an actual or potential interest in this Chapter 11 Case or its respective attorneys or accountants; (b) the Firm is not a creditor, equity security holder or insider of the Debtor; (c) none of the Firm's partners or professionals is, or was within two years of the Petition Date, a director, officer or employee of the Debtor; and (d) the Firm neither holds nor represents an interest adverse to the Debtor, its estate, or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the Debtor, or for any other reason.

12. Pursuant to Bankruptcy Rule 2016(b), the Firm has not nor has agreed to share any compensation it may receive with another person other than with the members of the Firm.

## Narrative Summary

13.     This Application is seeking approval of payment of compensation for the services performed by the Firm in the amount of $11,111.25 and reimbursement of reasonable expenses in the amount of $185.51.  This is the first and final Application for the Firm, there is no prior application for compensation.   Attached hereto as <u>Exhibit A</u> is a chart listing the total compensation sought by the Firm, including the professionals' rates, position, hours, and total amount billed.

14.     The following is a summary list of all principal activities of the Firm, with a description of the individual tasks included in each activity:

- a. <u>Client Management</u>:  determination of return preparation methodology and section 179;
- b. <u>Tax Return Overview</u>:  review;
- c. <u>Tax Return Preparation</u>:  correspondence, conflict search, engagement letter, review of information, preparation of accounting and tax returns;
- d. <u>Tax Return Review</u>:  review of accounting for leases, review accounting, information on accounting entries, review of workpapers, and accounting for depreciation; and
- e. <u>Accounting Services/Write-up</u>:  preparation of engagement letter.

15.     Attached hereto as <u>Exhibit B</u> are charts detailing the services performed by the professionals of the Firm for each activity, including the professionals' rates, position, hours and total amount billed.

16.     Undersigned counsel for the Debtor prepared this Application on behalf of the Firm.  The Firm reviewed the Application for accuracy as indicated on the signed Verification.  Any costs associated with the preparation of this Application will be sought for by undersigned counsel.

17.     The Firm incurred $185.51 in expenses in connection with its employment by the Debtor.  The expenses have been incurred in accordance with the Firm's normal practice of

charging clients for expenses related to and required by particular matters. Attached hereto as Exhibit C is a chart detailing the expenses incurred by the Firm.

18. The Firm is seeking an order approving $11,111.25 in professional fees and reimbursement of reasonable expenses in the amount of $185.51 and granting the authority to the Debtor to render payment. The source of the funds for the payment will be a distribution from the subsidiary to the parent corporation.

### Allowance of Compensation

19. Bankruptcy Rule 2016 requires that an entity filing an application for "compensation for services, or reimbursement of necessary expenses, from the estate shall file … a detailed statement of (1) the services rendered, time expended and expenses incurred, and (2) the amounts requested." Fed. R. Bankr. P. 2016(a). Local Rule 5082-1(C) provides that the Firm's detailed time records may constitute the detailed statement required by Bankruptcy Rule 2016(a). Attached hereto as Exhibit D, is the Firm's detailed time statements.

20. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered" and "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).

21. Section 330 of the Bankruptcy Code provides that a court may award professionals employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered by the … professional … [and] reimbursement for actual and necessary expenses. 11 U.S.C. § 330(a)(1). The criteria set forth in Section 330 of the Bankruptcy Code in determining the reasonableness of the services performed including the following:

{00346614-1}
5

    (A)    the time spent on such services;

    (B)    the rates charged for such services;

    (C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a cause under this title;

    (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

    (E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

    (F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than the case under this title.

11 U.S.C. 330§(a)(3).

22.    The Firm charged the Debtor a total of $11,111.25 in fees based on its ordinary and customary hourly rates in effect on the date of its employment. The hourly rates are based on each professional's experience and reflect the rates normally charged to the Firm's client for similar employment whether in court or otherwise.

23.    The Firm was responsible for the preparation of the Debtor's 2014 federal and state tax returns. The Firm did not duplicate any services provided by any other professional employed by the Debtor. The Debtor is under a legal obligation to file the federal and state tax returns and as such the services provided were necessary to the administration of the Chapter 11 Case.

24.     The Firm charged the Debtor a total of $185.51 for reasonable and necessary expenses. These charges are intended to reimburse the Firm for direct and appropriate costs with no mark-up. The expenses were incurred in the normal course of the performance of the Firm's services and necessary to the completion of the Firm's services.

25.     In sum, the Firm respectfully submits that the professional services performed by the Firm were necessary and appropriate and the costs of the services are comparable to services outside of bankruptcy. The expenses incurred by the Firm in the performance of its services were necessary and reasonable. Accordingly, the Firm submits that the approval of this Application is warranted and should be granted on a final basis.

WHEREFORE, the Firm respectfully requests that the Court enter an order substantially in the form attached hereto as <u>Exhibit E</u>, allowing and awarding compensation for professional services in the amount of $11,111.25 and for reimbursement of expenses in the amount of $185.51.

                      */s/Douglas S. Draper*
                      Douglas S. Draper, IL Bar No. #90784481
                      Heller, Draper, Patrick, Horn & Dabney, L.L.C.
                      650 Poydras Street, Suite 2500
                      New Orleans, LA  70130-6103
                      Telephone: 504-299-3300/Fax: 504-299-3399

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No. 14-28918 |
| FAP INVESTORS, LLC | * | CHAPTER 11 |
| Debtor | * | |

**DECLARATION OF RICHARD D. SPIEGEL IN SUPPORT OF THE
FIRST AND FINAL APPLICATION FOR COMPENSATION FOR PROFESSIONAL
SERVICES PERFORMED BY STEINBERG ADVISORS, LTD. AS ACCOUNTANTS
AND REIMBURSEMENT OF REASONABLE EXPENSES**

I, Richard D. Spiegel,   a Shareholder with the firm, Steinberg Advisors, Ld. named in the *First and Final Application for Compensation for Professional Services Performed by Steinberg Advisors, Ltd. as Accountants and Reimbursement of Reasonable Expenses,*, (the "Application"), do hereby make solemn declaration that I have reviewed the Application and make the oath that the statements contained therein are true according to the best of my knowledge, information and belief.

Dated: 4/30/15

Richard D. Spiegel
Shareholder
Steinberg Advisors, Ltd.

{00346614-1}

12

## EXHIBIT A

Summary of Services Performed

| Professional/Position | Rate | Hours | Billed |
|---|---:|---:|---:|
| Richard Spiegel | $325.00 | 25.50 | $8,287.50 |
| Richard Salter | $310.00 | 1.75 | $ 542.50 |
| Bradley Winkler | $125.00 | 18.25 | $ 2,281.25 |
| Total | | 45.50 | $11,111.25 |

**EXHIBIT B**

Category: Client Management

| Professional/Position | Rate | Hours | Billed |
|---|---|---|---|
| Richard Salter | $310.00 | .50 | $ 155.00 |
| Total | | .50 | $ 155.00 |

Category: Tax Return Overview

| Professional/Position | Rate | Hours | Billed |
|---|---|---|---|
| Richard Salter | $310.00 | 1.25 | $ 387.50 |
| Total | | 1.25 | $ 387.50 |

Category: Tax Return Preparation

| Professional/Position | Rate | Hours | Billed |
|---|---|---|---|
| Richard Spiegel | $330.00 | 3.00 | $ 975.00 |
| Bradley Winkler | $125.00 | 18.00 | $ 2,250.00 |
| Total | | 21.00 | $ 3,225.00 |

Category: Tax Return Review

| Professional/Position | Rate | Hours | Billed |
|---|---|---|---|
| Richard Spiegel | $325.00 | 22.50 | $ 7,312.50 |
| Total | | 22.50 | $ 7,3,12.50 |

Category: Accounting services/write-up

| Professional/Position | Rate | Hours | Billed |
|---|---|---|---|
| Bradley Winkler | $125.00 | .25 | $ 31.25 |
| Total | | .25 | $ 31.25 |

{00346614-1}

**EXHIBIT C**

| Expense | Amount |
|---|---:|
| Technology Fee | $175.00 |
| Courier | $ 10.51 |
| Total | $185.50 |

Exhibit "D"

*FAP Investors, LLC*
*Kim Cape*
*15700 W. 103rd Street*
*Lemont, Illinois  60439*

*Invoice No.   55139*
*Date          04/15/2015*
*Client No.    FRO200*

For professional services rendered through April 15, 2015

Preparation of tax returns for FAP Investors, LLC- Case # 14-28918 for year ended December 31, 2014 per engagement letter dated February 10, 2015- per attached detail

                                                    Current Amount Due     $   11,296.76

FAP Investors, LLC Case # 14-28918

| Description | Employee | Date | Rate | Hours | Billed | Detailed Description |
|---|---|---|---|---|---|---|
| EX15 Technology Fee | Kofkin, Sandra | 04/08/2015 | | | 175.00 | Assemble 1065 tax return for 2014. |
| EX12 Courier | Resnick, Loree | 04/08/2015 | | | 10.51 | FedEx Express Saver |
| CM Client Management | Salter, Richard | 02/13/2015 | 310 | 0.25 | 77.50 | Discuss w/Richard re: staffing and return prep methodology. |
| CM Client Management | Salter, Richard | 04/02/2015 | 310 | 0.25 | 77.50 | Richard re: bonus and sec 179 |
| RET4 Tax Return Overview | Salter, Richard | 04/07/2015 | 310 | 1.25 | 387.50 | |
| | | | | 1.75 | 542.50 | |
| RET2 Tax Return Preparation | Spiegel, Richard | 01/13/2015 | 325 | 0.25 | 81.25 | Correspondence with Sam Love. |
| RET2 Tax Return Preparation | Spiegel, Richard | 01/14/2015 | 325 | 0.5 | 162.50 | Follow up with Kim. |
| RET2 Tax Return Preparation | Spiegel, Richard | 01/15/2015 | 325 | 0.5 | 162.50 | Prepared client participation list. |
| RET2 Tax Return Preparation | Spiegel, Richard | 02/11/2015 | 325 | 1 | 325.00 | Conflict search, engagement letter preparation, |
| RET2 Tax Return Preparation | Spiegel, Richard | 02/13/2015 | 325 | 0.5 | 162.50 | Finalized engagement letter and correspondence. Discussed with Brad. |
| RET3 Tax Return Review | Spiegel, Richard | 03/10/2015 | 325 | 0.25 | 81.25 | Correspondence with Sam and Brad. |
| RET3 Tax Return Review | Spiegel, Richard | 03/12/2015 | 325 | 0.25 | 81.25 | Reviewed accounting for leases, discussed same with Brad. Correspondence with kim for FAP info. |
| RET3 Tax Return Review | Spiegel, Richard | 03/24/2015 | 325 | 1.25 | 406.25 | Discussed with Brad. |
| RET3 Tax Return Review | Spiegel, Richard | 03/28/2015 | 325 | 0.25 | 81.25 | Review of accounting. Correspondence with Sam and Kim. |
| RET3 Tax Return Review | Spiegel, Richard | 03/29/2015 | 325 | 2.5 | 812.50 | Correspondence with Sam. |
| RET2 Tax Return Preparation | Spiegel, Richard | 03/30/2015 | 325 | 0.25 | 81.25 | Review of information and correspondence with Sam. |
| RET3 Tax Return Review | Spiegel, Richard | 03/31/2015 | 325 | 0.75 | 243.75 | Correspondence with Sam regarding additional entries. |
| RET3 Tax Return Review | Spiegel, Richard | 04/01/2015 | 325 | 1 | 325.00 | Reviewed workpapers. discussed depreciation |
| RET3 Tax Return Review | Spiegel, Richard | 04/02/2015 | 325 | 2 | 650.00 | Cprrespondence with Sam and UIRC. |
| RET3 Tax Return Review | Spiegel, Richard | 04/03/2015 | 325 | 5 | 1,625.00 | Completed review of accounting and changes to depreciation. |
| RET3 Tax Return Review | Spiegel, Richard | 04/04/2015 | 325 | 6.5 | 2,112.50 | Completed review and changes to tax return. |
| RET3 Tax Return Review | Spiegel, Richard | 04/06/2015 | 325 | 0.25 | 81.25 | Correspondence with Kim. |
| RET3 Tax Return Review | Spiegel, Richard | 04/07/2015 | 325 | 0.75 | 243.75 | Cleared Rich's notes and correspondence. |
| RET3 Tax Return Review | Spiegel, Richard | 04/08/2015 | 325 | 1.75 | 568.75 | Signed and mailed return. Correspondence with investor Correspondence with Sam. Prepared standard monthly journal entry for depreciation. |
| | | | | 25.5 | 8,287.50 | |
| OT4 Accounting services/ write-up | Winkler, Bradley | 02/11/2015 | 125 | 0.25 | 31.25 | Prepared engagement Letter |
| RET2 Tax Return Preparation | Winkler, Bradley | 03/10/2015 | 125 | 1 | 125.00 | Prepared accounting and tax return |
| RET2 Tax Return Preparation | Winkler, Bradley | 03/12/2015 | 125 | 2.75 | 343.75 | Prepared accounting and tax return |
| RET2 Tax Return Preparation | Winkler, Bradley | 03/17/2015 | 125 | 2 | 250.00 | Prepared accounting and tax return |
| RET2 Tax Return Preparation | Winkler, Bradley | 03/24/2015 | 125 | 0.5 | 62.50 | Prepared accounting and tax return |
| RET2 Tax Return Preparation | Winkler, Bradley | 03/27/2015 | 125 | 1 | 125.00 | Prepared accounting and tax return |
| RET2 Tax Return Preparation | Winkler, Bradley | 03/28/2015 | 125 | 2.5 | 312.50 | Prepared accounting and tax return |
| RET2 Tax Return Preparation | Winkler, Bradley | 03/29/2015 | 125 | 3.5 | 437.50 | Prepared accounting and tax return |
| RET2 Tax Return Preparation | Winkler, Bradley | 04/02/2015 | 125 | 4.75 | 593.75 | Prepared accounting and tax return |
| | | | | 18.25 | 2281.25 | |
| Totals | | | | 45.5 | $ 11,296.76 | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

Exhibit "E"

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-28918 |
| FAP Investors, LLC | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

**Order Granting First and Final Application for Compensation for Steinberg Advisors, Ltd.**

This matter having come before the court regarding the First and Final Application for Compensation for Professional Services Performed by Steinberg Advisors, Ltd. as Accountants and Reimbursement of Reasonable Expenses (the "Application"), and with no objections filed into the record and consideration of the pleadings, record of this case together with the relevant provisions of the Bankruptcy Code;

IT IS HEREBY ORDERED that:

1. The Application is GRANTED;

2. Steinberg Advisors, Ltd. is granted a compensation award in the amount of $11,111.25 for professional services rendered as allowed pursuant to 11 U.S.C. §§ 327, 330 and 331;

3. Steinberg Advisors, Ltd. is granted reimbursement of actual and necessary expenses in the amount of $185.51 incurred as allowed pursuant to 11 U.S.C. §§ 327, 330 and 331;

4. Steinberg Advisors, Ltd. is granted an allowed administrative expense pursuant to 11 U.S.C. § 503(b)(4) with a priority pursuant to 11 U.S.C. § 507(a)(2) in the total amount of $11,296.76 representing $11,111.25 for allowed professional fees and $185.51 for reimbursement of actual and necessary expenses; and

4. The Debtor is directed to render payment to Steinberg Advisors, Ltd. for the allowed administrative expense claim in the amount of $11,296.76.

Enter:

Dated:                                                                                                   United States Bankruptcy Judge

**Prepared by:**

Greta M. Brouphy, Esq. (pro hac vice)
Heller, Draper, Patrick, Horn & Dabney, LLC
650 Poydras Street, Suite 2500
New Orleans, LA  70130
gbrouphy@hellerdraper.com
Telephone:  504-539-5661

Rev: 20130104_bko