UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Janet S. Baer

Hearing Date: May 26, 2015

Bankruptcy Case: 14 B 28918

Adversary No.:

Title of Case: FAP Investors, LLC

Brief Statement of Motion:

Names and Addresses of moving counsel:

Representing:

## ORDER

IT IS HEREBY ORDERED, Amended Disclosure Statement is due on or before 6/1/15. Notice of Adequacy Hearing is set for 6/30/15 at 10:00 a.m. before Judge Baer in courtroom 615.

IT IS FURTHER ORDERED, the Final Application for Compensation for Steinberg & Advisor LTD (#58 on dkt) is now continued to 6/30/15 at 10:00 a.m. before Judge Baer. The 6/23/15 date is STRICKEN.

JUDGE JANET S. BAER
UNITED STATE BANKRUPTCY COURT