*FINAL AMENDED #7*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No. 14-28918 |
| FAP INVESTORS, LLC | * | CHAPTER 11 |
| Debtor | * | |

**BALLOT CERTIFICATION ADDENDUM**

The Plan Proponent has filed eight (8) different ballot certifications. The ballot certifications that have been filed are the following:

1. Timely filed ballots for the 11 U.S.C. § 1126 calculation counting one (1) ballot for Dean Andrews;

2. Timely filed ballots for the 11 U.S.C. § 1126 calculation purposes counting both (2) Dean Andrews' ballots;

3. Timely filed ballots for 11 U.S.C. § 1129(a)10 purposes counting one (1) ballot for Dean Andrews. This certification excludes all ballots filed by insiders;

4. Timely filed ballots for 11 U.S.C. § 1129(a)10 purposes counting both (2) Dean Andrews' ballots. This certification excludes all ballots filed by insiders;

5. All filed ballots for the 11 U.S.C. § 1126 calculation counting one (1) ballot for Dean Andrews;

6. All filed ballots for the 11 U.S.C. § 1126 purposes counting both (2) Dean Andrews' ballots;

7. All filed ballots for 11 U.S.C. § 1129(a)10 purposes counting one (1) Dean Andrews ballot. This certification excludes all ballots filed by insiders; and

8. All filed ballots for 11 U.S.C. § 1129(a)10 purposes counting both (2) Dean Andrews' ballots. This certification excludes all ballots filed by insiders.

Multiple Ballot Certifications were filed due to the fact that the ballot calculations are different for a determination of whether a class accepts a plan or whether a class accepts a plan

for 11 U.S.C. § 1129(a)10 purposes.  Under 11 U.S.C. § 1129(a)10, insiders are excluded from the ballot calculation for acceptance whereas, under 1126, the votes of insiders are counted.

The ballot tabulations also reflect different calculations with: (i) the disputed Dean Andrews ballot; and (ii) ballots that were received after the voting deadline.

***IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS*** **FINAL AMD#7**

| CASE NAME | | CASE NUMBER | | CONFIRMATION HEARING DATE | | |
|---|---|---|---|---|---|---|

*FINAL* **SECTION 1126 BALLOT FORM** *AMENDED*

| | # BALLOTS CAST | # ACCEPTING | # REJECTING | $ ACCEPTING | $ REJECTING | CLASS ACCEPTING | CLASS REJECTS |
|---|---|---|---|---|---|---|---|
| **CLASS I** | | | | | | | |
| **CLASS II** | | | | | | | |
| **CLASS III** | | | | | | | |
| **Unmarked** | 2 | 2 | 0 | $200,000 | $0 | **Accepts** | |

| | YES | NO |
|---|---|---|
| PLAN ACCEPTED | | |

Please note the following provisions of Title 11, Section 1126 of the United States Code

(c) A class of claims has accepted a plan if such plan has been accepted by creditors other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class help by creditors, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.
(d) A class of interests has accepted a plan if such plan has been accepted by holders of such interest, other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount of the allowed interests of such class held by holders of such interests, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.
(e) On request of a party in interest, and after notice and a hearing, the court may designate any entity whose acceptance or rejection of such plan was not in good faith, or was not solicited or procured in good faith or in accordance with the provisions of this title.

NAME OF PLAN PROPONENT

BY: ATTORNEY OF PLAN PROPONENT