# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  FAP INVESTORS, LLC

Debtor.

Bankruptcy No. _____14-28918_____

Chapter _____11_____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
## (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____Heller, Draper, Patrick, Horn & Dabney, LLC_____

Authorized to Provide Professional Services to: _____FAP Investors, LLC_____

Date of Order Authorizing Employment: _____September 10, 2014_____

Period for Which Compensation is Sought:
From _____May 1_____, 2014 through _____September 2_____, 2015

Amount of Fees Sought: $ $36,222.00 (interim) and $97,928.50 (final)

Amount of Expense Reimbursement Sought: $ $6,3671.71 (interim) and $10,084.75 (final)

This is an:   Interim Application ___✓___   Final Application ___✓___

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| June 6, 2015 | August 6, 2014 to April 30, 2015 | $66,423.54 | $65,423.54 | $17,500 (retainer) |

Dated: _____10/2/2015_____

_____/s/ Douglas S. Draper_____
(Counsel)

(Rev 11/19/10)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No. 14-28918 |
| FAP INVESTORS, LLC | * | CHAPTER 11 |
| Debtor | * | |

## NOTICE OF FEE APPLICATION

TO:    ATTACHED SERVICE LIST:

**PLEASE TAKE NOTICE** that on this 20th day of October 2015 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in the room usually occupied by her as Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, or before any other Judge who may be sitting in her place and stead and shall present the *Second Interim Application and Final Application for Compensation for Professional Services Performed by Heller, Draper, Patrick, Horn, & Dabney, LLC. as Counsel for the Debtor and Reimbursement of Reasonable Expenses*, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

*/s/Douglas S. Draper*
Douglas S. Draper, IL Bar No. #90784481
Heller, Draper, Patrick, Horn & Dabney, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504-299-3300/Fax: 504-299-3399

{00349166-1}

## CERTIFICATE OF SERVICE

STATE OF LOUISIANA

PARISH OF ORLEANS

The undersigned, being first duly sworn on oath, deposes and states that he caused a copy of the foregoing Notice and attached Application to be served on all the parties listed on the attached service list via court's electronic registration as follows:

- Greta M Brouphy gbrouphy@hellerdraper.com
- Brian M. Dougherty bmd@gsrnh.com, kam@gsrnh.com
- Douglas S Draper ddraper@hellerdraper.com, lcollins@hellerdraper.com;kfritscher@hellerdraper.com;tmanthey@hellerdraper.com;gbrouphy@hellerdraper.com
- William H. Hrabak whrabak@gsrnh.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- Miriam R. Stein mstein@chuhak.com, dgeorge@chuhak.com
- Ariel Weissberg ariel@weissberglaw.com, Hava@weissberglaw.com;victor@weissberglaw.com;ro@weissberglaw.com;rakesh@weissberglaw.com;paralegal@weissberglaw.com;ewa@weissberglaw.com;Edward@weissberglaw.com

And also by first class U.S. Mail, postage prepaid, on the attached matrix on this 2nd day of October 2015.


/s/Douglas S. Draper
Douglas S. Draper, IL Bar No. #90784481

Case 14-28918

Fri Oct  2 15:49:42 CDT 2015

AMS Mechanical Systems, Inc.
140 East Tower Dr.
Burr Ridge, IL 60527-5784

Azteca Foods, Inc.
Chuhak & Tecson, P.C.
c/o Miriam Stein

FAP Investors, LLC
15700 W. 103rd Street
Lemont, IL 60439-9610

Frank Chauner

Millennium Trust Company
2001 Spring Road Suite 700
Oak Brook, IL 60523-1890

The Law Firm of Heller Draper Patrick Horn &

Weissberg & Associates LTD
Weissberg & Associates
401 S Lasalle St Ste 403
Chicago, IL 60605-2993

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

AMS Mechanical Systems, Inc
William H Hrabak, Jr

Anica Ostojic
5301 North Wayne
Chicago, IL 60640-2210

Anica Ostojic
c/o Kris Ostojic
Halmark & Johnson Property
1302 Edgewood
Northbrook, IL 60062-4716

Azteca Foods, Inc.
c/o Arthur Velasquez
5005 S. Nagle
Chicago, IL 60638-1318

Bismarck Brackett
c/o UIRC
15700 W. 103rd Street
Lemont, IL 60439-9610

CGR R/E Investment Fund X, LLC
666 Dundee Road
#903
Northbrook, IL 60062-2735

CGR R/E Investment Fund XI, LLC
666 Dundee Road
#903
Northbrook, IL 60062-2735

David Peluso
c/o UIRC
15700 W. 103rd Street
Lemont, IL 60439-9610

David Sherman
c/o Chauner Securities
666 Dundee Road #903
Northbrook, IL 60062-2735

Dean Andrews
c/o Advanced Group
P.O. Box 50401
Henderson, NV 89016-0401

Eric Warden
c/o UIRC
15700 W. 103rd Street
Lemont, IL 60439-9610

Frank B. Chauner Revocable Trust
1029 Adelaide Drive
Northbrook, IL 60062-3424

Frank B. Chauner SEP IRA
1029 Adelaide Drive
Northbrook, IL 60062-3424

Frank Chauner
1029 Adelaide Drive
Northbrook, IL 60062-3424

Illinois Dept of Employmnt Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680-4385

Illinois Dept of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

James Pasko
5397 Lakewood Drive
Coloma, MI 49038-9629

James Stevens
801 Provencal Drive
Burr Ridge, IL 60527-6867

Jeffrey Kolodny
6160 N. Cicero Avenue
#620
Chicago, IL 60646-4392

John Majic
909 St. Stephens Green
Oak Brook, IL 60523-2569

John Milne
1226 S. New Wilke Dr
#408
Arlington Hts, IL 60005-2954

Joseph K. Hercik
2512 N. Menard Avenue
Chicago, IL 60639-2325

Kriza Ostojic
1302 Edgewood Lane
Northbrook, IL 60062-4716

LLH Partnership
111 East Wacker Drive
Suite 2800
Chicago, IL 60601-4277

LLH Partnership (Mitch Goldsmith)
111 East Wacker Drive
Suite 2800
Chicago, IL 60601-4277

Lawrence and Laura McCulloch
6716 Bridgewater Village Road
Windermere, FL 34786-7386

Michael A Kolodny
6160 N. Cicero Avenue
#620
Chicago, IL 60646-4392

Michael Shenson
707 Alalapa Lane
Foster City, CA 94404

Mitchell Goldsmith
111 East Wacker Drive
Suite 2800
Chicago, IL 60601-4277

Mitchell Goldsmith Self Dec of Trust
111 East Wacker Drive
Suite 2800
Chicago, IL 60601-4277

Radley Persall Premarital Trust
c/o Chauner Securities
666 Dundee Road #903
Northbrook, IL 60062-2735

Randall Persall
c/o Chauner Securities
666 Dundee Road #903
Northbrook, IL 60062-2735

Richard and Donna Milne
1226 S. New Wilke Dr
#408
Arlington Hts, IL 60005-2954

Robert Gold
1117 East Woodward Dr
Tulsa, OK 74114-1247

Robert T and Dawn M Geras
55 East Erie Street
#2905
Chicago, IL 60611-2255

SLS Westcoast Trust
c/o Stephan Schwartz
532 Brierhill
Deerfield, IL 60015-4404

Shefsky & Froelich, LTD.
111 E. Wacker Drive
Suite 2800
Chicago, IL 60601-4209

Stuart Pinkert
500 Skokie Boulevard
#525
Northbrook, IL 60062-2866

Stuart Pinkert
c/o Chauner Securities
666 Dundee Rd., Ste. 903
Northbrook, IL 60062-2735

Stuart and Rhonda Salins
211 Linden Park Place
Highland Park, IL 60035-2519

Taft Stettinius & Hollister LLP
f/k/a Shefsky & Froelich Ltd
111 East Wacker Drive, Suite 2800
Chicago, IL 60601-4209

The Dean Andrews IRA
c/o Dean Andrews
1461-A South Prairie Ave
Chicago, IL 60605-3037

Troy Bernstein
3012 Majestic Oaks Drive
St. Charles, IL 60174-7955

Urban Investment Research Corp
15700 W. 103rd Street
Lemont, IL 60439-9610

Weissberg & Associates, Ltd.
██████████████████

William H. Hrabak
██████████████████
████████████

Douglas S Draper
██████████████████████
██████████████

Eric Warden
15700 103rd Street
Lemont, IL 60439-9610

Greta M Brouphy
██████████████████
██████████
██████████

Joseph and Irene Hercik
2512 N Menard Ave
Chicago, IL 60639-2325

Patrick S Layng

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 61 |
| Bypassed recipients | 24 |
| Total | 85 |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No. 14-28918 |
| FAP INVESTORS, LLC | * | CHAPTER 11 |
| Debtor | * | |

**SECOND INTERIM APPLICATION AND FINAL APPLICATION
FOR COMPENSATION FOR PROFESSIONAL SERVICES PERFORMED BY
HELLER, DRAPER, PATRICK, HORN & DABNEY, LLC
AS COUNSEL FOR THE DEBTOR AND
<u>REIMBURSEMENT OF REASONABLE EXPENSES</u>**

The law firm of Heller, Draper, Patrick, Horn & Dabney, LLC (the "<u>Firm</u>") as counsel

for the Debtor, FAP Investors, LLC, formerly known as Frozen Assets Properties, LLC, debtor

and debtor-in-possession ("<u>Debtor</u>"), who, submits this application ("<u>Application</u>") seeking:  (i)

an order from this Court approving the payment of compensation for the period of May 1, 2015

through September 4, 2015 (the "<u>Fee Period</u>") for attorney fees in the amount of $36,222.00 and

reimbursement of costs incurred during the Fee Period in the amount of $6,367.71 pursuant to

sections 327, 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule 5082-1

of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court

for the Northern District of Illinois (the "<u>Local Rules</u>"); and (ii) a final compensation allowance

and an allowed administrative expense pursuant to section 503(b)(4) of the Bankruptcy Code

with a priority pursuant to section 507(a)(2) of the Bankruptcy Code in the amount of

$108,013.25 representing: (a) $61,706.50 as approved [see Dkt. # 160] for professional fees; (b)

$3,717.04 as approved [see ECF Dkt. # 160] in reimbursement of costs; (c) $36,222.00 for

professional fees prayed for herein incurred during the Fee Period; and (d) $6,367.71 for

{00347124-1}

1

reimbursement of costs prayed for herein incurred during the Fee Period.  In support of the Application, the Firm avers as follows:

### Jurisdiction and Venue

1.          This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

 2.         Venue in this District is proper pursuant to 18 U.S.C. §§ 1408 and 1409.

### Statutory Predicate

3.          This Application is submitted pursuant to 327, 330, 331, 503 and 507 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 5082-1.

### Background

4.          On August 6, 2014, the ("Petition Date"), the Debtor filed its voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code (the "Chapter 11 Case").

5.          The Debtor is operating its business and managing its financial affairs as debtor-in-possession.  No committee of unsecured creditors, trustee or examiner has been appointed to service in this Chapter 11 Case.

6.          On July 7, 2015, this Court entered the *Order: (I) Approving the Adequacy of the Third Amended Disclosure Statement, (II) Setting the Plan Confirmation Hearing and Certain Deadlines, and (III) Approving the Form of Ballot* (ECF Dkt. # 75).

7.          On September 23, 2015, this Court entered the *Amended Order Confirming Debtor's Third Amended Chapter 11 Plan of Reorganization* (ECF Dkt. # 169).

{00347124-1}
2

## The Debtor's Retention of the Firm

8.       By order dated September 10, 2014, the Debtor was granted the authority to employ the Firm to represent the Debtor in the Chapter 11 Case as of the Petition Date [ECF Dkt. # 19].

## Disinterestedness of the Firm

9.       To the best of the Debtor's knowledge and based upon the *Declaration and Rule 2014 Verified Statement of Douglas S. Draper in Support of the Debtor's Application for Entry of an Order Authorizing and Approving the Retention and Employment of Heller, Draper, Patrick, Horn & Dabney, LLC as of the Petition Date* (the "Draper Declaration") [ECF Dkt. #9], the Firm is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code.

10.      To the best of the Debtor's and the Firm's knowledge and based upon the Draper Declaration, the Firm does not hold or represent an interest adverse to the Debtor or its estate, in accordance with section 327 of the Bankruptcy Code.

11.      To the best of the Debtor and the Firm's knowledge, information, and belief, and based upon the Draper Declaration, (a) the Firm has no connection with the Debtor, creditors of the Debtor, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), any person employed in the office of the U.S. Trustee, or any other party with an actual or potential interest in this Chapter 11 Case or its respective attorneys or accountants; (b) the Firm is not a creditor, equity security holder or insider of the Debtor; (c) none of the Firm's partners or professionals is, or was within two years of the Petition Date, a director, officer or employee of the Debtor; and (d) the Firm neither holds nor represents an interest adverse to the Debtor, its

estate, or any class of creditors or equity security holders, by reason of any direct or indirect

relationship to, connection with or interest in the Debtor, or for any other reason.

12.         Pursuant to Bankruptcy Rule 2016(b), the Firm has not nor has agreed to share

any compensation it may receive with another person other than with the members of the Firm.

### Narrative Summary

13.         This Application is seeking approval of payment of compensation for the services

performed by the Firm in the amount of $36,222.00.  Attached hereto as <u>Exhibit A</u> is a copy of

the Firm's billing statements for the Fee Period which detail the individual tasks performed by

each professional and paraprofessional.

14.         The Application is seeking the reimbursement of reasonable expenses incurred by

the Firm during the Fee Period in the amount of $6,367.71.  Attached hereto as <u>Exhibit A</u> is a

copy of the Firm's billing statements for the Fee Period which include monthly itemizations of

all expenses incurred by the Firm.  The Firm bills expenses at actual costs to the Firm, there are

no additional charges added to the actual cost.

15.         This is the second interim Application for the Firm.  On August 25, 2015, this

Court entered the *Order Granting First Interim Application of Heller, Draper, Patrick, Horn &
Dabney, LLC, Attorneys for Debtor, for Allowance of Compensation and Reimbursement of
Expenses* [ECF Dkt. # 160].  The Firm was awarded $61,706.50 of the fees requested for the

time period beginning August 6, 2014 and ending April 30, 2015.  The Firm was awarded

$3,717.04 for reimbursement of expenses for the time period beginning August 6, 2014 and

ending April 30, 2015.  Pursuant to the *Findings of Fact and Conclusions of Law in Support of
Order Granting First Interim Application of Heller, Draper, Patrick, Horn & Dabney, LLC,*

{00347124-1}

*Attorneys for Debtor, for Allowance of Compensation and Reimbursement of Expenses* [ECF Dkt. $# 161], the Court reduced the fees by $1,000.00.

16.        The following chart identifies the total compensation sought by the Firm for the Fee Period, including the professionals' rates, position, hours, and total amount billed:

| Name/Position | Rate | Hours | Total |
|---|---|---|---|
| Douglas S. Draper/Member | $450.00 | 23.85 | $10,732.50 |
| Douglas S. Draper/Travel | $225.00 | 5.50 | $1,237.50 |
| Leslie A. Collins/Member | $400.00 | 5.70 | $2,280.00 |
| Greta M. Brouphy/Associate | $300.00 | 55.15 | $16,545.00 |
| Greta M. Brouphy/Travel | $150.00 | 18.00 | $2,700.00 |
| Deborah Hepting/Legal Assistant | $90.00 | 6.00 | $540.00 |
| Kelly Fritscher/Paralegal | $90.00 | 23.80 | $2,142.00 |
| LeeAnn Wright/Paralegal | $90.00 | .50 | $45.00 |
| TOTAL | | 138.50 | $36,222.00 |

17.        The following is a summary list of all principal activities of the Firm, giving the total compensation requested in connection with each such activity:

| Activity | Hours | Fees |
|---|---|---|
| Administration | 15.75 | $3,421.50 |
| DIP Financing, Cash Collateral, and other First Day Filings | 0.00 | $0.00 |
| Schedules, Statement of Financial Affairs, Initial Debtor Interview, Creditors' Meeting, and Monthly Operating Reports | 2.50 | $585.00 |
| Plan and Disclosure Statement | 76.60 | $22,220.00 |
| Client Communication | 1.00 | $450.00 |
| Claims, Executory Contracts, Unexpired Leases and Litigation | 5.40 | $1,830.00 |
| Fee Application Preparation | 13.75 | $3,778.00 |
| Travel | 23.50 | $3,937.50 |
| TOTAL | 138.50 | $36,222.00 |

18.       The following includes detailed descriptions of each of the Firm's principal activities:

A.          <u>Administration:</u>

This category includes the administrative functions required of the Firm in its representation of the Debtor.  Such functions include, advising the Debtor with respect to the rights, powers and duties of a chapter 11 debtor and the adherence to the United States Trustee Guidelines regarding insurance requirements and reporting requirements as well as communications with the United States Trustee regarding adherence and case status.  In addition, this category includes the Firm's work on finalizing pleadings, notices and proposed orders, the submission and service of pleadings including orders, notices of hearing, scheduling hearings, maintenance of the docket and calendaring deadlines.  These services benefited the estate by promoting the bankruptcy process and the progression of the Chapter 11 Case.  The professionals incurred the following fees in this category:

| Name/Position | Rate | Hours | Total |
|---|---|---|---|
| Douglas S. Draper/Member | $450.00 | 5.05 | $2,272.50 |
| Leslie A. Collins/Member | $400.00 | .60 | $240.00 |
| Deborah Hepting/Legal Assistant | $90.00 | 5.40 | $486.00 |
| Kelly Fritscher/Paralegal | $90.00 | 4.70 | $423.00 |
| TOTAL | | 15.75 | $3,421.50 |

B.          <u>DIP Financing, Cash Collateral, and other First Day Filings:</u>

This category includes the preparation necessary for filing the involuntary petition, first day pleadings and issues regarding the first day filings, such as the corporate resolution authorizing the filing, preparation of applications to employ the Firm and accountants to prepare tax returns.   In addition, the Firm assisted the Debtor in

{00347124-1}

6

finalizing the petition, the matrix and all necessary verifications for the voluntary filing. These services were of a benefit to the estate, as the Firm assisted the Debtor in initiating the Chapter 11 Case to provide the Debtor with the protections afforded by the Bankruptcy Code.  The professionals rendered no services during the Fee Period.

C.        Schedules, Statement of Financial Affairs, Initial Debtor Interview, Creditors' Meeting, and Monthly Operating Reports:

This category includes the Firm's work, guidance and assistance in the preparation of the schedules and statement of financial affairs, including preparation of the top twenty list and compilation of the matrix including Rule 5003 parties.  In addition, the Firm assisted and advised the Debtor regarding closing pre-petition accounts and securing a debtor in possession account, assisting the Debtor in preparing the information for the initial debtor interview and  representation of the Debtor at the initial debtor interview.  The Firm also sought and was authorized to continue the creditors' meeting.  This category also includes the Firm's guidance regarding the preparation of the monthly operating reports, and review of same.  These services were a benefit because the Firm assisted the Debtor in complying the requirements of the Bankruptcy Code and the United States Trustee Operating Guidelines.  The professionals incurred the following fees in this category:

| Name/Position | Rate | Hours | Total |
|---|---|---|---|
| Douglas S. Draper/Member | $450.00 | .30 | $135.00 |
| Greta M. Brouphy/Associate | $300.00 | 1.20 | $360.00 |
| Kelly Fritscher/Paralegal | $90.00 | 1.00 | $90.00 |
| TOTAL | | 2.50 | $585.00 |

D.    Plan and Disclosure Statement:

This category includes the Firm's efforts relative to reviewing all asserted claims, equity interests, and the Debtor's books and records for the preparation of the proposed disclosure statement and plan of reorganization.  This category includes meetings and discussions with the Debtor which resulted in the formulation of the  reorganization scheme which provides a mechanism for debt to equity conversion with a cash opt out provision.  The Firm drafted the disclosure statement and plan, assisted the Debtor with the preparation of the supporting exhibits, and made revisions as deemed necessary by the Debtor.  The Firm also had discussions with the United States Trustee regarding the disclosure statement, plan and resolved objections by the Trustee to the second amended disclosure statement.    The Firm worked with the Debtor and the second amended disclosure statement was approved.  The solicitation package was served upon all parties-in-interest and creditors.  The Firm worked on issues regarding the ballots including the whether the vote was proper, striking duplicate ballots and the acceptance by the court of amended ballots.  The Firm worked with the Debtor and creditors to confirm the plan of reorganization.  The professionals incurred the following fees in this category:

| Name/Position | Rate | Hours | Total |
|---|---|---|---|
| Douglas S. Draper/Member | $450.00 | 16.10 | $7,245.00 |
| Leslie A. Collins/Member | $400.00 | 5.00 | $2,000.00 |
| Greta M. Brouphy/Associate | $300.00 | 38.00 | $11,400.00 |
| Kelly Fritscher/Paralegal | $90.00 | 16.40 | $1,476.00 |
| LeeAnn Wright/Paralegal | $90.00 | .50 | $45.00 |
| Deborah Hepting/Legal Assistant | $90.00 | .60 | $54.00 |
| TOTAL | | 76.60 | $22,220.00 |

E.        Client Communication:

This category comprises the general communications between the Firm and the Debtor that addressed case status, deadlines, and requests for information - all apart from those communications specifically falling under other project headings.    The professionals incurred the following fees in this category:

| Name/Position | Rate | Hours | Total |
|---|---|---|---|
| Douglas S. Draper/Member | $450.00 | 1.00 | $450.00 |
| TOTAL | | 1.00 | $450.00 |

F.        Claims, Executory Contracts, Unexpired Leases and Litigation:

This category includes the Firm's efforts related to the review and analysis of potential disputed claims, financial reports, and operating agreements  Also included in this category is the Firm's communications with the investors regarding the case and their claims.  The professionals incurred the following fees in this category:

| Name/Position | Rate | Hours | Total |
|---|---|---|---|
| Douglas S. Draper/Member | $450.00 | 1.40 | $630.00 |
| Greta M. Brouphy/Associate | $300.00 | 4.00 | $1,200.00 |
| TOTAL | | 5.40 | $1,830.00 |

G.        Fee Application Preparation:

This category includes the Firm's efforts related to the preparation of the fee application filed on behalf of Steinberg Advisors, Ltd. and the form for the Firm's fee application.  The Firm presented its first interim fee application and was awarded interim professional fees of $61,706.50 and reimbursement of costs of $3,717.04 for the time period of August 6, 2014 through April 30, 2015.  The fees in this Application included

{00347124-1}

9

services for preparing the first interim application.   The professionals incurred the

following fees in this category:

| Name/Position | Rate | Hours | Total |
|---|---|---|---|
| Leslie A. Collins/Member | $400.00 | .10 | $40.00 |
| Greta M. Brouphy/Associate | $300.00 | 11.95 | $3,858.00 |
| Kelly F. Fritscher/Paralegal | $90.00 | 1.70 | $153.00 |
| TOTAL | | 13.75 | $3,778.00 |

H.          Travel:

This category includes time spent traveling and is billed at half the normal hourly rate for

the professional.  The professionals incurred the following fees in this category:

| Name/Position | Rate | Hours | Total |
|---|---|---|---|
| Douglas S. Draper/Member | $225.00 | 5.50 | $1,237.50 |
| Greta M. Brouphy/Associate | $150.00 | 18.00 | $2,700.00 |
| TOTAL | | 23.50 | $3,937.50 |

19.          The Firm incurred $6,367.71 in reimbursable expenses in connection with its

employment by the Debtor.  The expenses have been incurred in accordance with the Firm's

normal practice of charging clients for expenses related to and required by particular matters.

The following is a chart detailing the expenses incurred by the Firm:

| OUT OF POCKET EXPENSE | COST |
|---|---|
| Reproduction Expenses | $1,976.07 |
| Mileage/Parking/Tolls | $257.35 |
| Airfare | $2,947.97 |
| Hotel Expenses | $1,051.32 |
| Travel Expenses – Misc. | $98.42 |
| Postage | $3.18 |
| Computer Research Services | $33.40 |
| Total | $6,367.71 |

{00347124-1}

20.         The Firm is seeking a second interim order approving $36,222.00 in professional fees and reimbursement of reasonable expenses in the amount of $6,367.71 and granting the authority to the Debtor to render payment.  The source of the funds for the payment will be a distribution from the subsidiary to the parent corporation.

## Allowance of Compensation

21.         Bankruptcy Rule 2016 requires that an entity filing an application for "compensation for services, or reimbursement of necessary expenses, from the estate shall file … a detailed statement of (1) the services rendered, time expended and expenses incurred, and (2) the amounts requested."  Fed. R. Bankr. P. 2016(a).  Local Rule 5082-1(C) provides that the Firm's detailed time records may constitute the detailed statement required by Bankruptcy Rule 2016(a).  Attached hereto as Exhibit A, is the Firm's detailed time statements.

22.         Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered" and "reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).

23.         Section 330 of the Bankruptcy Code provides that a court may award professionals employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered by the … professional … [and] reimbursement for actual and necessary expenses.  11 U.S.C. § 330(a)(1).  The criteria set forth in Section 330 of the Bankruptcy Code in determining the reasonableness of the services performed including the following:

    (A)     the time spent on such services;

    (B)     the rates charged for such services;

{00347124-1}

11

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a cause under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than the case under this title.

11 U.S.C. 330§(a)(3).

24. The Firm charged the Debtor a total of $36,222.00 in fees based on its ordinary and customary hourly rates in effect on the date of its employment. The hourly rates are based on each professional's experience and reflect the rates normally charged to the Firm's client for similar employment whether in this district or otherwise.

25. The Firm charged the Debtor a total of $6,367.71 for reasonable and necessary expenses. These charges are intended to reimburse the Firm for direct and appropriate costs with no mark-up. The expenses were incurred in the normal course of the performance of the Firm's services and necessary for the administration of the Chapter 11 Case.

26. In sum, the Firm respectfully submits that the professional services performed by the Firm were necessary and appropriate and the costs of the services are comparable to services outside of bankruptcy. The expenses incurred by the Firm in the performance of its services

were necessary and reasonable.   Accordingly, the Firm submits that the approval of this Application is warranted and should be granted on an interim basis.

### Final Application Award

27.          The Application also serves as the final fee application.  The Firm is seeking an order granting the Firm a final compensation allowance and allowed administrative expense pursuant to 11 U.S.C. § 503(b)(4) with a priority pursuant to 11 U.S.C. § 507(a)(2) in the total amount of $108,013.25 representing: (a) $61,706.50 for approved first interim professional fees, (b) $3,717.04 as approved first interim reimbursement of costs; (c) $36,222.00 for second interim professional fees as sought herein; and (d) $6,367.71 as second interim reimbursement of costs as sought herein.

WHEREFORE, the Firm respectfully requests that the Court enter an order:  (i) allowing and awarding a second interim compensation for professional services in the amount of $36,222.00 and for reimbursement of expenses in the amount of $6,367.71; (ii) granting the Firm a final compensation allowance and allowed administrative expense pursuant to section 503(b)(4) of the Bankruptcy Code with a priority pursuant to section 507(a)(2) of the Bankruptcy Code in the total amount of $108,013.25; (iii) directing the Debtor to pay the administrative expense claim net of the retainer; and (iv) for all other relief that is just and equitable.

October 2, 2015.

*/s/Douglas S. Draper*
Douglas S. Draper, IL Bar No. #90784481
Heller, Draper, Patrick, Horn & Dabney, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Telephone: 504-299-3300/Fax: 504-299-3399

# HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.

650 Poydras Street, Suite 2500

New Orleans, Louisiana 70130-6103

(504) 299-3300

Fed. I.D. # 72-1421930



Exhibit "A"

## *Statement*

```
                                              Page: 1
Frozen Assets                              May 31, 2015
15700 West 103rd Street         Account No: 3305-19381M
Lemont  IL  60439               Statement No:     41877

Attn: S. Bismarck Brackett


Workout (2014)



    Payments received on or after June 1, 2015 will
    be reflected on your next statement.
    Please reference the appropriate account number
    on all payments.

    Thank You.



                    Fees

                                      Hours
                   Administration

05/05/2015
    LAC   E-mail from K. Cape regarding tax returns
          and e-mail response regarding same         0.10    40.00

05/06/2015
    DH    Receive and review e-filings from Court
          regarding confirmation of pleadings filed
          concerning docket number 59; print a copy
          of same for D. Draper.                     0.20    18.00
05/07/2015
    KF    Review all docket sheets; compare to
          pleadings received; download missing
          pleadings from internet and/or request
          copies of pleadings from court.            0.10     9.00

    KF    Review and analyze pleadings and
          correspondence for content; index and
          update files.                              0.10     9.00

    KF    Receive and review returned mail; email
          client regarding same.                     0.20    18.00
```

```
                                                             Page: 2
        Frozen Assets                                    May 31, 2015
                                          Account No: 3305-19381M
                                          Statement No:      41877
        Workout (2014)
```

```
                                                          Hours
05/20/2015
     LAC   Review status of periodic report Rule
           2015.3 Related Entity Report and e-mail to
           K. Cape regarding same.                        0.50    200.00

05/22/2015
     KF    Receive and review email from G. Brouphy
           regarding employment of Shefsky; research
           and respond to same.                           0.10      9.00

05/27/2015
     KF    Receive and review changes of address for
           A. Ostojic and S. Pinkert from client;
           submit same to Court.                          0.20     18.00

05/28/2015
     DH    Receive and review e-filings from Court
           regarding confirmation of pleadings filed
           concerning docket number 63; print a copy
           of same for D. Draper.                         0.20     18.00

05/29/2015
     DSD   Exchange of emails regarding Schedules.        0.10     45.00
                                                          -----  --------
Administration - Professional Services Rendered           1.80    384.00
```

```
              Schedules, Statement of Financial Affairs, Initial
                  Debtor Interview, Creditors' Meeting, and
                       Monthly Operating Reports

05/19/2015
     GMB   Receive and review Operating Report for
           filing.                                        0.25     75.00

     KF    Modify and file via ECF Monthly Operating
           Report April 2015.                             0.30     27.00
```

```
                                                      Page: 3
         Frozen Assets                           May 31, 2015
                                      Account No: 3305-19381M
                                      Statement No:     41877

         Workout (2014)
```

|  |  | Hours |  |
|---|---|---|---|
| DSD | Receive and review April Monthly Operating Report. | 0.20 | 90.00 |

```
                                              ----- ---------
Schedules, Statement of Financial Affairs,
     Initial Debtor Interview, Creditors' Meeting,
     And Monthly Operating Reports - Professional
     Services Rendered                           0.75    192.00
```

## Plan and Disclosure Statement

05/04/2015

| KF | Telephone conference with and email to Court regarding appearance via telephone for Disclosure Statement hearing; telephone conference with Court Call; telephone conference with courtroom deputy advising no telephone service next week. | 0.20 | 18.00 |
|---|---|---|---|
| KF | Receipt and review of request for information, research records/files retrieve requested documents & forward same to G. Brouphy regarding binder for Disclosure Statement hearing. | 0.50 | 45.00 |

05/05/2015

| KF | Telephone conference with Mike Shenson regarding copies of 2nd Amended Plan and 2nd Amended Disclosure Statement; forward same via email. | 0.20 | 18.00 |
|---|---|---|---|
| GMB | Prepare for Disclosure Statement hearing. | 2.00 | 600.00 |

05/06/2015

| GMB | Appearance at Disclosure Statement hearing. | 1.00 | 300.00 |
|---|---|---|---|
| GMB | Work on revising Disclosure Statement. | 1.80 | 540.00 |

05/13/2015

| GMB | Work on revisions to disclosure statement. | 1.80 | 540.00 |
|---|---|---|---|

```
                                                             Page: 4
         Frozen Assets                                   May 31, 2015
                                             Account No: 3305-19381M
                                             Statement No:      41877
         Workout (2014)
```

```
                                                      Hours
05/26/2015
     GMB    Work on third amended disclosure statement
            revisions and revisions to plan, multiple
            telephone conferences with K. Cape
            regarding same, exchange drafts of same
            with K. Cape.                                 2.75     825.00

05/28/2015
     GMB    Finalize disclosure statement and plan,
            multiple email exchanges and telephone
            conference with K. Cape regarding same.       2.75     825.00

05/29/2015
     GMB    Work on revisions to third disclosure
            statement, multiple email exchanges with K.
            Cape and  B. Brackett regarding same.         2.75     825.00

     GMB    Work on revisions to Motion to Approve
            Disclosure Statement, Order Approving same
            and proposed confirmation hearing Notice.     1.50     450.00

     GMB    Finalize Motion to Approve Disclosure
            Statement and attachments.                    0.75     225.00
                                                         ----- ---------
Plan and Disclosure Statement - Professional
     Services Rendered                                   18.00  5,211.00



                    Fee Application Preparation


05/01/2015
     GMB    Exchange emails with R. Spiegel regarding
            fee application.                              0.25      75.00

05/04/2015
     KF     File via ECF Fee Application for
            Steinberg/Speigel and notice of hearing;
            cause service of same.                        0.50      45.00
```

```
                                                              Page: 5
        Frozen Assets                                      May 31, 2015
                                            Account No: 3305-19381M
                                            Statement No:      41877
        Workout (2014)
```

|  |  |  | Hours |  |
|---|---|---|---|---|
| 05/11/2015 | | | | |
| | LAC | E-mail to K. Cape regarding payment to accountant. | 0.10 | 40.00 |
| 05/27/2015 | | | | |
| | GMB | Work on fee application. | 0.75 | 225.00 |
| Fee Application Preparation – Professional Services Rendered | | | 1.60 | 385.00 |

### Travel

|  |  |  |  |  |
|---|---|---|---|---|
| 05/05/2015 | | | | |
| | GMB | Travel to Chicago for Disclosure Statement hearing. | 4.00 | 600.00 |
| 05/06/2015 | | | | |
| | GMB | Travel from Chicago. | 4.00 | 600.00 |
| Travel – Professional Services Rendered | | | 8.00 | 1,200.00 |

### Recapitulation

| Timekeeper | Hours | Total |
|---|---|---|
| Douglas S. Draper | 0.30 | $135.00 |
| Leslie A. Collins | 0.70 | 280.00 |
| Deborah Hepting | 0.40 | 36.00 |
| Greta M. Brouphy | 26.35 | 6,705.00 |
| Kelly Fritscher | 2.40 | 216.00 |

### Advances

05/04/2015 Mileage/Parking/Tolls (1485.00) Greta M.
        Brouphy - petty cash #1455 - taxi fare from

```
                                                              Page: 6
           Frozen Assets                                 May 31, 2015
                                              Account No: 3305-19381M
                                              Statement No:     41877

       Workout (2014)



           office to New Orleans Airport - 05/05/15 -
           expenses trip to Chicago - 05/05/2015 -
           05/06/2015                                            35.00
05/04/2015 Mileage/Parking/Tolls (1485.00) Greta M.
           Brouphy - petty cash #1455 - taxi fare - from
           Midway Airport to hotel - 05/05/2015 - expenses
           trip to Chicago - 05/05/2015 - 05/06/2015             45.00
05/04/2015 Mileage/Parking/Tolls (1485.00) Greta M.
           Brouphy - petty cash #1455 - taxi fare from
           hotel to court - 05/06/2015 - expenses trip to
           Chicago - 05/05/2015 - 05/06/2015                     10.00
05/04/2015 Mileage/Parking/Tolls (1485.00) Greta M.
           Brouphy - petty cash #1455 - taxi fare from
           hotel to Midway Airport - 05/06/2015 - expenses
           trip to Chicago - 05/05/2015 - 05/06/2015             45.00
05/04/2015 Travel Expense - Miscellaneous (1485.00) Greta
           M. Brouphy - petty cash #1455 - working meals -
           expenses trip to Chicago - 05/05/2015 -
           05/06/2015                                            26.40
05/08/2015 Airfare (4343.00) Regions Bank - Southwest
           Airlines - Greta Brouphy - New Orleans to
           Chicago to New Orleans - departure:  05/05/2015      869.98
05/13/2015 Hotel Expenses (1485.00) Greta M. Brouphy -
           lodging - Doubletree Hotel, Chicago -
           05/05/2015 - trip to Chicago regarding:  Frozen      664.61
                                                              --------

           Total Advances                                     1,695.99

           Current Balance                                    9,067.99

           Previous Balance                                 $65,158.54


           Total Balance Due                                $74,226.53
                                                            ==========



                Your trust account #1 balance is


              Opening Balance                 $17,500.00
              Closing Balance                 $17,500.00
```

# HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.

650 Poydras Street, Suite 2500

New Orleans, Louisiana 70130-6103

(504) 299-3300

Fed. I.D. # 72-1421930

## *Statement*

```
                                                       Page: 1
   Frozen Assets                               June 30, 2015
   15700 West 103rd Street            Account No: 3305-19381M
   Lemont  IL  60439                  Statement No:     41981

   Attn: S. Bismarck Brackett


   Workout (2014)



       Payments received on or after July 1, 2015 will
       be reflected on your next statement.
       Please reference the appropriate account number
       on all payments.

       Thank You.



                       Fees


                                          Hours
                       Administration

06/05/2015
     KF     Receipt and review of request for
            information, research records/files
            retrieve requested documents & forward same
            to F. Chauner regarding copies of Amended
            Plan and Amended Disclosure Statement.        0.10      9.00

06/09/2015
     KF     Review and analyze pleadings and
            correspondence for content; index and
            update files.                                 0.20     18.00

06/12/2015
     KF     Review all docket sheets; compare to
            pleadings received; download missing
            pleadings from internet and/or request
            copies of pleadings from court.               0.10      9.00
```

```
                                                             Page: 2
     Frozen Assets                                    June 30, 2015
                                           Account No: 3305-19381M
                                           Statement No:      41981
     Workout (2014)
```

```
                                                      Hours
06/29/2015
     KF      Receipt and review of request for
             information, research records/files
             retrieve requested documents & forward same
             to G. Brouphy regarding documents for
             upcoming hearing.                        0.40     36.00

     KF      Receive and review returned mail; email
             client regarding John Majic's returned mail.  0.30     27.00

06/30/2015
     KF      Review all docket sheets; compare to
             pleadings received; download missing
             pleadings from internet and/or request
             copies of pleadings from court; update
             motion chart regarding same.             0.30     27.00
                                                      -----  --------
Administration - Professional Services Rendered       1.40    126.00
```

```
              Schedules, Statement of Financial Affairs, Initial
                 Debtor Interview, Creditors' Meeting, and
                        Monthly Operating Reports


06/15/2015
     GMB     Receive and review Monthly Operating Report
             for May 2015.                            0.30     90.00

     KF      Modify and file via ECF Monthly Operating
             Report for May 2015.                     0.20     18.00

     DSD     Receive and review Monthly Operating Report
             for May.                                 0.10     45.00
                                                      -----  --------
Schedules, Statement of Financial Affairs,
     Initial Debtor Interview, Creditors' Meeting,
     And Monthly Operating Reports - Professional
     Services Rendered                                0.60    153.00
```

```
                                                       Page: 3
         Frozen Assets                          June 30, 2015
                                        Account No: 3305-19381M
                                        Statement No:     41981
         Workout (2014)
```

```
                                                       Hours
                        Plan and Disclosure Statement


06/01/2015
        KF      Modify, file via ECF and cause service of
                Third Amended Plan of Reorganization and
                Third Amended Disclosure Statement.       0.80      72.00

        GMB     Follow up with K. Cape and B. Bismarck for
                finalizing disclosure statement for filing.  0.25      75.00

06/03/2015
        GMB     Email to Chambers with redline of plan and
                disclosure statement, work on email to G.
                Silver with redline of same.             0.25      75.00

06/29/2015
        GMB     Prepare for hearings on Disclosure
                Statement, revise Order for Heller Draper
                Fee Application to include reduction
                agreement with US Trustee.               0.75     225.00

06/30/2015
        GMB     Appearance at Disclosure Statement hearing
                and Fee Application hearing.             2.75     825.00
                                                         -----  ---------
Plan and Disclosure Statement - Professional
        Services Rendered                                 4.80   1,272.00



                   Claims, Executory Contracts, Unexpired
                         Leases and Litigation


06/15/2015
        DSD     Telephone discussion with M. Goldsmith
                regarding Chauner and LLC Agreement.      0.20      90.00
```

```
                                                       Page: 4
        Frozen Assets                               June 30, 2015
                                          Account No: 3305-19381M
                                          Statement No:      41981
        Workout (2014)
```

|  |  |  | Hours |  |
|--|--|--|-------|--|
| 06/18/2015 | | | | |
| | DSD | Receive and review e-mail from M. Goldsmith regarding Amended and Restated Operating Agreement; review agreement. | 0.50 | 225.00 |
| | GMB | Work on settlement and draft Orders for Mallard, Washington matters, Evangeline and Raptor Administrative Claim motions, exchange emails with B. Andrus regarding same. | 2.00 | 600.00 |
| 06/19/2015 | | | | |
| | DSD | Receive and review e-mail from M. Goldsmith with attached Operating Agreement. | 0.50 | 225.00 |

```
                                                   ----- ---------
Claims, Executory Contracts, Unexpired Leases
    and Litigation – Professional Services Rendered   3.20   1,140.00
```

## Fee Application Preparation

| 06/01/2015 | | | | |
|--|--|--|--|--|
| | GMB | Work on Fee Application, Notice of Filing. | 1.00 | 300.00 |
| 06/02/2015 | | | | |
| | GMB | Draft Fee Application. | 0.50 | 150.00 |
| 06/04/2015 | | | | |
| | GMB | Work on reviewing statements and categorizing fee entries for application for compensation. | 2.75 | 825.00 |
| | GMB | Finalize fee application, notice, cover sheet and order for filing. | 2.75 | 825.00 |
| 06/05/2015 | | | | |
| | KF | Modify and file via ECF Heller Draper Fee Application and Order; cause service of | | |

```
                                                              Page: 5
         Frozen Assets                                June 30, 2015
                                              Account No: 3305-19381M
                                              Statement No:     41981
         Workout (2014)
```

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | same. | 0.80 | 72.00 |
|  | GMB | Work on revisions to fee application, office conference with K. Fritscher regarding filing. | 0.75 | 225.00 |
| 06/08/2015 | KF | Receive and review email from Trustee regarding Heller Draper Fee Application; email same. | 0.10 | 9.00 |
| 06/09/2015 | KF | Prepare letter to Trustee enclosing Heller Draper Fee Application. | 0.10 | 9.00 |

```
                                                     -----  --------
Fee Application Preparation- Professional
   Services Rendered                                  8.75   2,415.00
```

### Travel

| 06/29/2015 | GMB | Travel from New Orleans to Chicago for Disclosure Statement and Fee Application hearings. | 5.00 | 750.00 |
|---|---|---|---|---|
| 06/30/2015 | GMB | Travel to New Orleans from Chicago for hearings. | 5.00 | 750.00 |

```
                                                     -----  --------
Travel - Professional Services Rendered              10.00   1,500.00
```

### Recapitulation

| Timekeeper | Hours | Total |
|---|---|---|
| Douglas S. Draper | 1.30 | $585.00 |
| Greta M. Brouphy | 24.05 | 5,715.00 |
| Kelly Fritscher | 3.40 | 306.00 |

```
                                                              Page: 6
              Frozen Assets                           June 30, 2015
                                             Account No: 3305-19381M
                                             Statement No:      41981
              Workout (2014)
```

### Expenses

```
06/30/2015 Postage - 06/01/2015 through 06/30/2015               3.18
                                                                 ----
           Total Expenses                                        3.18
```

### Advances

```
06/01/2015 Reproduction Expense (900.00) Choice
           Professional Overnight - reproduction expense -
           931 A copies - Straight Run; 49 Mailouts -
           Items Mailed; 49 Postage @1.40 - 05/04/2015           207.47
06/01/2015 Reproduction Expense (900.00) Choice
           Professional Overnight - reproduction expense -
           861 A copies - Straight Run; 3 Mailouts - Items
           Mailed; 3 Postage @1.40 - 06/01/2015                   81.57
06/01/2015 Reproduction Expense (900.00) Choice
           Professional Overnight - reproduction expense -
           1007 A copies - Straight Run; 53 Mailouts -
           Items Mailed; 53 Postage @1.40 - 06/01/2015           202.45
06/29/2015 Travel Expense - Miscellaneous (1485.00) Greta
           M. Brouphy - cost check #010516 - working meals
           - 06/29/15 - 06/30/15 - trip to Chicago
           regarding:  Frozen                                     36.70
06/29/2015 Mileage/Parking/Tolls (1485.00) Greta M.
           Brouphy - cost check #010516 - taxi fares:  to
           airport; from airport to hotel; from hotel to
           court; from hotel to airport - 06/29/15 -
           06/30/15 - trip to Chicago  regarding:  Frozen        114.70
                                                                 ------
           Total Advances                                        642.89

           Current Balance                                     7,252.07

           Previous Balance                                  $74,136.53

           Total Balance Due                                 $81,388.60
                                                             ==========


                 Your trust account #1 balance is

              Opening Balance                 $17,500.00
              Closing Balance                 $17,500.00
```

# HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.

650 Poydras Street, Suite 2500

New Orleans, Louisiana 70130-6103

(504) 299-3300

Fed. I.D. # 72-1421930

# *Statement*

```
                                                      Page: 1
    Frozen Assets                           August 31, 2015
    15700 West 103rd Street          Account No: 3305-19381M
    Lemont  IL  60439                Statement No:      42146

    Attn: S. Bismarck Brackett


    Workout (2014)



        Payments received on or after September 1, 2015 will
        be reflected on your next statement.
        Please reference the appropriate account number
        on all payments.

        Thank You.



                        Fees


                                          Hours
                    Administration


07/01/2015
        KF    Receive and review emails from G. Brouphy
              regarding orders given by the Court for
              documents at hearings.                     0.20    18.00

        KF    Review and analyze pleadings and
              correspondence for content; index and
              update files.                              0.20    18.00

        DH    Receive and review e-filings from Court
              regarding confirmation of pleadings filed
              concerning docket number 74; print a copy
              of same for D. Draper.                     0.20    18.00

07/08/2015
        DH    Receive and review e-filings from Court
              regarding confirmation of pleadings filed
              concerning docket number 75; print a copy
              of same for D. Draper.                     0.20    18.00
```

```
                                                              Page: 2
          Frozen Assets                              August 31, 2015
                                              Account No: 3305-19381M
                                              Statement No:     42146

          Workout (2014)
```

```
                                                     Hours

07/21/2015
     DH     Receive and review e-filings from Court
            regarding confirmation of pleadings filed
            concerning docket numbers 78,79, 80, 81, 82
            and 83; print a copy of same for D. Draper.    0.60     54.00

     KF     Review and analyze pleadings and
            correspondence for content; index and
            update files.                                  0.20     18.00

07/23/2015
     KF     Receive and review email from Dean Andrews;
            forward same to G. Brouphy and D. Draper
            regarding same.                                0.10      9.00

08/13/2015
     DH     Receive and review e-mail from Court
            regarding confirmation of pleadings filed
            concerning docket numbers 92-100 and
            103-105 and print a copy of same for D.
            Draper.                                        1.00     90.00

     DSD    Exchange emails with M. Stein regarding
            extension.                                     0.25    112.50

     DSD    Telephone discussion with M. Stein.           0.50    225.00

08/18/2015
     DSD    Participate in telephone conference
            regarding Guaranty.                            0.25    112.50

08/19/2015
     DH     Receive and review e-mail from Court
            regarding confirmation of pleadings filed
            concerning docket numbers 108-128 and print
            a copy of same for D. Draper.                  1.00     90.00

08/20/2015
     DSD    Receive and review Ratification Agreement
            from M. Stein; exchange emails regarding
```

```
                                                                    Page: 3
          Frozen Assets                                     August 31, 2015
                                                   Account No: 3305-19381M
                                                   Statement No:     42146
          Workout (2014)
```

|  |  | Hours |  |
|---|---|---|---|
|  | same. | 1.25 | 562.50 |
| DSD | Receive and review revised Ratification Agreement from M. Stein. | 0.75 | 337.50 |
| **08/21/2015** | | | |
| DH | Work on Ratification Agreement; redline changes. | 0.50 | 45.00 |
| KF | Receipt and review of request for information, research records/files retrieve requested documents & forward same to D. Draper regarding Confirmation Binder. | 2.10 | 189.00 |
| DSD | Revise Ratification Agreement. | 0.50 | 225.00 |
| DSD | Exchange emails with M. Yessinger with attached information and exchange emails regarding same. | 0.25 | 112.50 |
| DSD | Exchange emails with M. Stein regarding Ratification Agreement. | 0.40 | 180.00 |
| **08/24/2015** | | | |
| DH | Redline Ratification Agreement per instructions from D. Draper. | 0.10 | 9.00 |
| DH | Receive and review e-filings from Court regarding confirmation of pleadings filed concerning docket numbers 154 and 155 and print a copy of same for D. Draper. | 0.40 | 36.00 |
| DSD | Receive and review revised Ratification from M. Stein; exchange emails regarding same. | 0.30 | 135.00 |
| DSD | Receive and review e-mail from M. Lessinger with attached cold storage information. | 0.50 | 225.00 |

```
                                                                   Page: 4
          Frozen Assets                                    August 31, 2015
                                                  Account No: 3305-19381M
                                                  Statement No:      42146
          Workout (2014)



                                                             Hours

08/25/2015
      DH    Receive and review e-filings from Court
            regarding confirmation of pleadings filed
            concerning docket number 159 and print a
            copy of same for D. Draper.                       0.20       18.00

      DH    Receive and review e-filings from Court
            regarding confirmation of pleadings filed
            concerning docket numbers 160 and 161 and
            print a copy of same for D. Draper.               0.40       36.00

08/27/2015
      DH    Receive and review e-filings from Court
            regarding confirmation of pleadings filed
            concerning docket number 162 and print a
            copy of same for D. Draper.                       0.20       18.00

09/04/2015
      DH    Receive and review e-filings from Court
            regarding confirmation of pleadings filed
            concerning docket number 163 and print a
            copy of same for D. Draper.                       0.20       18.00
                                                            -----   --------
Administration - Professional Services Rendered            12.75   2,929.50



              Schedules, Statement of Financial Affairs, Initial
                Debtor Interview, Creditors' Meeting, and
                      Monthly Operating Reports


08/06/2015
      GMB    Email to K. Cape regarding July Monthly
             Operating Report.                                0.15       45.00

      GMB    Exchange emails with K. Cape regarding June
             and July Monthly Operating Reports.              0.20       60.00
```

```
                                                            Page: 5
        Frozen Assets                                August 31, 2015
                                            Account No: 3305-19381M
                                            Statement No:      42146
        Workout (2014)
```

|  |  |  | Hours |  |
|--|--|--|-------|--|
| KF | Review file; email attorneys regarding June Monthly Operating Report;  receive same and file via ECF. | | 0.30 | 27.00 |
| 08/18/2015 | | | | |
| GMB | Receive and review July 2015 Monthly Operating Report. | | 0.30 | 90.00 |
| 08/19/2015 | | | | |
| KF | Modify and file via ECF Monthly Operating Report for July 2015. | | 0.20 | 18.00 |

```
                                                   ----- ---------
Schedules, Statement of Financial Affairs,
     Initial Debtor Interview, Creditors' Meeting,
     And Monthly Operating Reports - Professional
     Services Rendered                              1.15    240.00
```


                        Plan and Disclosure Statement


| 07/01/2015 | | | | |
|------------|--|--|--|--|
| GMB | Memo to file regarding Disclosure Statement hearing and Judge's comments on Plan confirmation and schedule of deadlines. | | 0.50 | 150.00 |
| GMB | Work on revisions to Notice of Disclosure Statement and Plan, revisions to Ballot. | | 0.75 | 225.00 |
| 07/02/2015 | | | | |
| KF | Update Notice of Plan Confirmation and Ballot per Court's dates and instructions. | | 0.50 | 45.00 |

```
                                                              Page: 6
           Frozen Assets                              August 31, 2015
                                             Account No: 3305-19381M
                                             Statement No:      42146
           Workout (2014)
```

|  |  | Hours |  |
|---|---|---|---|
| DSD | Receive and review emails from M. Goldsmith regarding Enterprise and Valuation issue; respond to same. | 0.25 | 112.50 |
| **07/06/2015** | | | |
| KF | Finalize and submit Disclosure Statement Order. | 0.80 | 72.00 |
| **07/14/2015** | | | |
| DSD | Receive and review emails regarding Ballots. | 0.50 | 225.00 |
| **07/23/2015** | | | |
| DSD | Exchange emails regarding interest accrued on claims. | 0.10 | 45.00 |
| **07/24/2015** | | | |
| DSD | Receive and review e-mail from M. Goldsmith with attached documents regarding Partner Loan Final. | 0.25 | 112.50 |
| **07/28/2015** | | | |
| GMB | Multiple telephone conferences with D. Andrews regarding case status and proposed plan. | 0.75 | 225.00 |
| **07/30/2015** | | | |
| DSD | Receive and review e-mail from M. Goldsmith regarding plan questions. | 0.25 | 112.50 |
| **08/02/2015** | | | |
| DSD | Receive and review e-mail from B. Brackett regarding equity option for investor. | 0.25 | 112.50 |
| **08/04/2015** | | | |
| DH | Receive and review e-mail from Court regarding confirmation of pleadings filed concerning docket number 84 and print a copy of same for D. Draper. | 0.20 | 18.00 |

```
                                                              Page: 7
          Frozen Assets                                August 31, 2015
                                              Account No: 3305-19381M
                                              Statement No:      42146
          Workout (2014)
```

|  |  |  | Hours |  |
|---|---|---|---|---|
| **08/06/2015** | | | | |
| | KF | Receive and review numerous Ballots filed. | 0.30 | 27.00 |
| | DH | Receive and review e-mail from Court regarding confirmation of pleadings filed concerning docket numbers 90 and 91 and print a copy of same for D. Draper. | 0.40 | 36.00 |
| **08/10/2015** | | | | |
| | KF | Telephone conference with M. Goldsmith regarding Ballots; email same. | 0.10 | 9.00 |
| | DSD | Receive and review e-mail from M. Goldsmith with Partner Loan Calculation. | 0.20 | 90.00 |
| | DSD | Review Ballots. | 0.50 | 225.00 |
| | DSD | Exchange emails with B. Brackett regarding ballots. | 0.25 | 112.50 |
| **08/11/2015** | | | | |
| | GMB | Telephone conference with D. Andrews regarding case and opt out option. | 0.30 | 90.00 |
| | DSD | Receive and review emails from M. Goldsmith regarding Ballots. | 0.50 | 225.00 |
| **08/12/2015** | | | | |
| | GMB | Review of file materials and status of submitted ballots. | 1.00 | 300.00 |
| | GMB | Telephone conference with D. Andrews regarding ballots. | 0.20 | 60.00 |
| | DSD | Exchange of emails regarding Azteca. | 0.50 | 225.00 |
| | DSD | E-mail to B. Brackett and M. Goldsmith regarding D. Andrews' ballot. | 0.50 | 225.00 |

```
                                                              Page: 8
          Frozen Assets                               August 31, 2015
                                              Account No: 3305-19381M
                                              Statement No:      42146
          Workout (2014)
```

|  |  |  | Hours |  |
|---|---|---|---|---|
| 08/13/2015 | | | | |
| | LW | Create docket of ballots filed, attach docket and ballots to email, forward to D. Draper for review. | 0.30 | 27.00 |
| | GMB | Work on ballot tabulation. | 2.00 | 600.00 |
| | GMB | Work on Motion regarding ballots filed by Dean Andrews. | 1.00 | 300.00 |
| | DSD | Participate in telephone conference regarding Ballots. | 0.50 | 225.00 |
| | DSD | Multiple emails with M. Goldsmith regarding Ballots. | 0.50 | 225.00 |
| 08/14/2015 | | | | |
| | LW | Check docket for other filed or amended ballots, email findings to M. Goldsmith, D. Draper. | 0.20 | 18.00 |
| | DSD | Participate in telephone conference with B. Brackett. | 0.50 | 225.00 |
| | DSD | Receive and review emails from M. Goldsmith regarding Ballots. | 0.50 | 225.00 |
| 08/17/2015 | | | | |
| | GMB | Work on revisions to motion regarding Dean Andrews ballots. | 0.75 | 225.00 |
| | KF | Review filed Ballots; forward same to M. Goldsmith with list of non-filings. | 0.50 | 45.00 |
| | KF | Telephone conference with Clerk of Court regarding Ballots; begin preparation of Ballot Tabulations (8). | 0.10 | 9.00 |
| | DSD | Review Ballot issue. | 0.75 | 337.50 |

```
                                                              Page: 9
          Frozen Assets                               August 31, 2015
                                           Account No: 3305-19381M
                                           Statement No:       42146
          Workout (2014)
```

|  |  |  | Hours |  |
|---|---|---|---|---|
| DSD | Telephone discussion with M. Goldsmith and B. Brackett. |  | 0.50 | 225.00 |
| **08/18/2015** | | | | |
| KF | Discussion with D. Draper regarding different scenarios of Ballot Tabulation; begin same. |  | 2.50 | 225.00 |
| DSD | Telephone discussion with M. Stein regarding Azteca. |  | 0.50 | 225.00 |
| DSD | Exchange of emails regarding  Ballot issue. |  | 0.50 | 225.00 |
| LAC | Work on Ballot certification issues. |  | 1.00 | 400.00 |
| **08/19/2015** | | | | |
| KF | Receive and review ballots filed to date; modify eight (8) ballot tabulations regarding same. |  | 2.80 | 252.00 |
| DSD | Work on Ballot information. |  | 0.75 | 337.50 |
| DSD | Review additional Ballots filed. |  | 0.50 | 225.00 |
| LAC | Compare Corporate Books to Ballots Cast and note discrepancies. |  | 1.50 | 600.00 |
| **08/20/2015** | | | | |
| GMB | Office conference with K. Fritscher regarding ballot tabulations. |  | 0.30 | 90.00 |
| GMB | Receive, review and revise ballot tabulations. |  | 0.50 | 150.00 |
| GMB | Email to M. Lessinger regarding plan and disclosure statement. |  | 0.20 | 60.00 |
| KF | Finalize eight (8) ballot tabulations/certifications and worksheets; |  |  |  |

```
                                                          Page: 10
          Frozen Assets                          August 31, 2015
                                            Account No: 3305-19381M
                                            Statement No:      42146
          Workout (2014)
```

|  |  | | Hours | |
|---|---|---|---|---|
|  |  | file same via ECF. | 3.00 | 270.00 |
|  | DSD | Receive and review information/documents from M. Lessinger. | 0.50 | 225.00 |
|  | LAC | Calculate amounts of Ballot add ons - legal fees, interest etc to determine if material for calculation purpose. | 2.50 | 1,000.00 |
| 08/21/2015 | GMB | Work on memo regarding ballots, voting rights, amending ballots and changing vote. | 1.50 | 450.00 |
|  | KF | Receive and review changes/corrections to Ballots from Court;  amend four (4) affected ballot tabulations; file same via ECF. | 0.80 | 72.00 |
| 08/23/2015 | GMB | Finalize memo regarding standard for cause for changing vote pursuant to FRBP 3018(a). | 1.00 | 300.00 |
|  | GMB | Draft motion (proposed) to change ballot vote of Azteca Foods. | 1.50 | 450.00 |
| 08/24/2015 | GMB | Draft motion to change vote and order for Azteca Foods Vote. | 1.50 | 450.00 |
|  | KF | Amend eight (8) ballots due to additional changes/corrections per Clerk of Court; update binder. | 0.80 | 72.00 |
|  | KF | Receive and review motion to change ballot regarding Azteca Foods; meeting with D. Draper regarding same; telephone conference with A. Watkins regarding resolving ballots; prepare Joint Stipulation |  |  |

```
                                                              Page: 11
          Frozen Assets                                  August 31, 2015
                                                  Account No: 3305-19381M
                                                  Statement No:      42146
          Workout (2014)
```

|  |  |  | Hours |  |
|--|--|--|-------|--|
|  |  | regarding same; email to/from opposing counsel; file same via ECF. | 1.00 | 90.00 |
|  | DSD | E-mail M. Stein regarding filing of new ballots. | 0.25 | 112.50 |
| 08/25/2015 | GMB | Receive, review and revise amended ballot tabulation. | 0.40 | 120.00 |
|  | KF | Modify and file via ECF final ballot tabulations for confirmation hearing. | 0.80 | 72.00 |
|  | DSD | Prepare for hearing. | 3.00 | 1,350.00 |
|  | DSD | Attend Plan Confirmation. | 3.00 | 1,350.00 |
| 08/26/2015 | GMB | Exchange emails with G. Silver regarding plan confirmation. | 0.25 | 75.00 |
| 08/27/2015 | GMB | Receive and review confirmation order and plan deadlines. | 0.50 | 150.00 |
| 09/04/2015 | GMB | Draft order confirming plan of reorganization. | 2.00 | 600.00 |
|  | KF | Modify Confirmation Order and submit same. | 0.50 | 45.00 |

```
                                                  ----- ---------
Plan and Disclosure Statement – Professional
     Services Rendered                            53.80 15,809.00
```

```
                                                            Page: 12
        Frozen Assets                                 August 31, 2015
                                            Account No: 3305-19381M
                                            Statement No:      42146
        Workout (2014)
```

                                                    Hours

                        Client Communication

08/12/2015
        DSD    Telephone discussion with B. Brackett.          0.25    112.50

08/18/2015
        DSD    Telephone conference with M. Goldsmith and
               R. Rhanna.                                      0.25    112.50

08/21/2015
        DSD    Telephone discussion with B. Brackett.          0.50    225.00
                                                              -----  ---------
Client Communication - Professional Services Rendered          1.00    450.00


                 Claims, Executory Contracts, Unexpired
                          Leases and Litigation


07/27/2015
        GMB    Email to M. Goldsmith including amended
               proof of claim form.                            0.50    150.00

        GMB    Receive and review local rules and rule
               3001(e) regarding transfers of claims.          0.75    225.00

        GMB    Email to M. Goldsmith including transfer of
               claim forms                                     0.75    225.00
                                                              -----  ---------
Claims, Executory Contracts, Unexpired Leases
        and Litigation - Professional Services Rendered        2.00    600.00

```
                                                              Page: 13
          Frozen Assets                                 August 31, 2015
                                               Account No: 3305-19381M
                                               Statement No:      42146
          Workout (2014)
```

```
                                                                 Hours
```

### Fee Application Preparation

```
07/14/2015
    GMB    Work on categorizing statements for final
           fee application.                             3.00    900.00

07/22/2015
    KF     Receive and review multiple emails to/from
           G. Brouphy and A. Watkins (Court) regarding
           statements; forward same.                    0.20     18.00

07/29/2015
    GMB    Email to K. Cape regarding Order Approving
           Accountants Fees.                            0.20     60.00
                                                        -----   --------
Fee Application Preparation- Professional
   Services Rendered                                    3.40    978.00
```

### Travel

```
08/24/2015
    DSD    Travel to Chicago, IL.                       3.00    675.00

08/25/2015
    DSD    Travel - Chicago to New Orleans.             2.50    562.50
                                                        -----   --------
Travel - Professional Services Rendered                 5.50  1,237.50
```

```
                                                          Page: 14
Frozen Assets                                    August 31, 2015
                                         Account No: 3305-19381M
                                         Statement No:      42146

Workout (2014)
```

## Recapitulation

| Timekeeper | Hours | Total |
|---|---|---|
| Douglas S. Draper | 27.75 | $11,250.00 |
| Leslie A. Collins | 5.00 | 2,000.00 |
| Deborah Hepting | 5.60 | 504.00 |
| Greta M. Brouphy | 22.75 | 6,825.00 |
| Kelly Fritscher | 18.00 | 1,620.00 |
| LeeAnn Wright | 0.50 | 45.00 |

## Expenses

```
07/01/2015 Computer Research Services - Pacer - 04/01/2015
           through 06/30/2015                               33.40
                                                           -----
           Total Expenses                                   33.40
```

## Advances

```
07/01/2015 Reproduction Expense (900.00) Choice
           Professional Overnight - reproduction expense -
           2898 A copies - Straight Run; 30 Mailouts -
           Items Mailed; 30 Postage @2.08 - 06/05/2015     401.17
07/01/2015 Hotel Expenses (1485.00) Greta M. Brouphy -
           lodging - Embassy Suites Hotel, Chicago -
           06/29/15 - 06/30/15                             386.71
07/08/2015 Airfare (4343.00) Regions Bank - Southwest
           Airlines - Greta Brouphy - New Orleans to
           Chicago to New Orleans - departure: 06/29/2015  896.00
07/09/2015 Reproduction Expense (900.00) Choice
           Professional Overnight - reproduction expense -
           5250 A copies - Straight Run; 50 Mailouts -
           Items Mailed; 50 Postage @2.96 - 07/09/2015     758.40
08/15/2015 Travel Expense - Miscellaneous (4273.00) Chase
           Card Services - working meal - Taher-Dirksen
           Cafe Chicago, IL - 08/12/2015                     9.72
08/15/2015 Mileage/Parking/Tolls (4273.00) Chase Card
           Services - taxi fare - Chi Taxi Chicago -
           08/12/2015                                        7.65
```

```
                                                        Page: 15
          Frozen Assets                          August 31, 2015
                                          Account No: 3305-19381M
                                          Statement No:     42146

          Workout (2014)
```

```
08/15/2015 Travel Expense - Miscellaneous (4273.00) Chase
           Card Services - SWA Inflight Services -
           08/13/2015                                          2.00
08/15/2015 Travel Expense - Miscellaneous (4273.00) Chase
           Card Services - SWA Inflight WIFI - 08/13/2015      8.00
08/15/2015 Travel Expense - Miscellaneous (4273.00) Chase
           Card Services - working meal - Ventra Vending -
           08/12/2015                                          3.00
08/15/2015 Airfare (4273.00) Chase Card Services - airfare
           - Southwest Airlines - 08/11/2015                 606.99
08/15/2015 Airfare (4273.00) Chase Card Services - airfare
           - Southwest Airlines - 08/11/2015                 575.00
08/15/2015 Travel Expense - Miscellaneous (4273.00) Chase
           Card Services - working meal - King Wah Express
           Chicago, IL - 08/12/2015                           12.60
08/18/2015 Reproduction Expense (900.00) Choice
           Professional Overnight - reproduction expense -
           2184 A copies - Straight Run; 56 Mailouts -
           Items Mailed; 56 Postage @1.64 - 08/18/2015        325.01
                                                           --------
           Total Advances                                  3,992.25

           Current Balance                                26,269.65

           Previous Balance before Adjustments            $81,478.60

08/25/2015 Write off of fees per court order               -250.00
08/25/2015 Write off of fees per court order               -250.00
08/25/2015 Write off of fees per court order               -250.00
08/25/2015 Write off of fees per court order               -250.00

           Previous Balance                               $80,478.60

                          Payments

           Total Payments Thru 09/04/2015               -17,500.00

           Total Balance Due                             $89,248.25
                                                        ==========
```

```
                                                          Page: 16
        Frozen Assets                              August 31, 2015
                                           Account No: 3305-19381M
                                           Statement No:     42146

        Workout (2014)
```

```
                    Your trust account #1 balance is

                    Opening Balance                     $17,500.00
        08/26/2015  check made payable to Heller,
                    Draper, Patrick, Horn &
                    Dabney, LLC Operating Account
                    per D. Draper
                    PAYEE: Heller, Draper, Patrick, Horn &  -17,500.00
                                                            -----
                    Closing Balance                          $0.00
```