UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No. 14-28918 |
| FAP INVESTORS, LLC | * | CHAPTER 11 |
| Debtor | * | |

### NOTICE OF MOTION FOR FINAL DECREE

**PLEASE TAKE NOTICE,** that on this 9th day of March, 2015 at 9:30 a.m. (prevailing Central time) or as soon thereafter as counsel may be heard, the Debtor shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, in the room usually occupied by her as Courtroom 615 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, or before any other Judge who may be sitting in her place and stead and shall present the *Motion For Final Decree,* a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

Respectfully submitted,

*/s/ Greta M. Brouphy*
Douglas S. Draper, IL Bar No. #90784481
Leslie A. Collins, (*pro hac vice*)
Greta M. Brouphy, (*pro hac vice*)
**HELLER, DRAPER, PATRICK, HORN
 & DABNEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: 504-299-3300
Via Fax: 504-299-3399
**Counsel for the Reorganized Debtor**

{00350469-1}

# **CERTIFICATE OF SERVICE**

The undersigned, being first duly sworn on oath, deposes and states that on February 18, 2016, she caused a copy of the foregoing Notice and attached Motion and proposed order to be served on all counsel of record via electronic filing purposes as follows:

- Greta M Brouphy    gbrouphy@hellerdraper.com
- Brian M. Dougherty    bmd@gsrnh.com, kam@gsrnh.com
- Douglas S Draper    ddraper@hellerdraper.com, lcollins@hellerdraper.com;kfritscher@hellerdraper.com;tmanthey@hellerdraper.com;gbrouphy@hellerdraper.com
- William H. Hrabak    whrabak@gsrnh.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Miriam R. Stein    mstein@chuhak.com, dgeorge@chuhak.com
- Ariel Weissberg    ariel@weissberglaw.com, Hava@weissberglaw.com;victor@weissberglaw.com;ro@weissberglaw.com;rakesh@weissberglaw.com;ilan@weissberglaw.com;ewa@weissberglaw.com;dev@weissberglaw.com;weissberg401@gmail.com

And she also caused to be served same on February 18, 2016, upon the parties, on the attached mailing matrix, via U.S. Mail, first class, property addressed with pre-paid postage.

*/s/ Greta M. Brouphy*
Greta M. Brouphy

{00350469-1}

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 14-28918<br>Northern District of Illinois<br>Chicago<br>Thu Feb 18 11:59:19 CST 2016 | AMS Mechanical Systems, Inc.<br>140 East Tower Dr.<br>Burr Ridge, IL 60527-5784 | Azteca Foods, Inc.<br>Chuhak & Tecson, P.C.<br>c/o Miriam Stein<br>30 S. Wacker Dr., #2600<br>Chicago, IL 60606-7512 |
| FAP Investors, LLC<br>15700 W. 103rd Street<br>Lemont, IL 60439-9610 | Frank Chauner | Heller Draper Patrick Horn & Dabney, LLC |
| Millennium Trust Company<br>2001 Spring Road Suite 700<br>Oak Brook, IL 60523-1890 | The Law Firm of Heller Draper Patrick Horn & | Weissberg & Associates LTD<br>Weissberg & Associates<br>401 S Lasalle St Ste 403<br>Chicago, IL 60605-2993 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AMS Mechanical Systems, Inc<br>William H Hrabak, Jr<br>835 McClintock Drive, Second Floor<br>Burr Ridge, IL 60527-0859 | Anica Ostojic<br>5301 North Wayne<br>Chicago, IL 60640-2210 |
| Anica Ostojic<br>c/o Kris Ostojic<br>Halmark & Johnson Property<br>1302 Edgewood<br>Northbrook, IL 60062-4716 | Azteca Foods, Inc.<br>c/o Arthur Velasquez<br>5005 S. Nagle<br>Chicago, IL 60638-1318 | Bismarck Brackett<br>c/o UIRC<br>15700 W. 103rd Street<br>Lemont, IL 60439-9610 |
| CGR R/E Investment Fund X, LLC<br>666 Dundee Road<br>#903<br>Northbrook, IL 60062-2735 | CGR R/E Investment Fund XI, LLC<br>666 Dundee Road<br>#903<br>Northbrook, IL 60062-2735 | David Peluso<br>c/o UIRC<br>15700 W. 103rd Street<br>Lemont, IL 60439-9610 |
| David Sherman<br>c/o Chauner Securities<br>666 Dundee Road #903<br>Northbrook, IL 60062-2735 | Dean Andrews<br>c/o Advanced Group<br>P.O. Box 50401<br>Henderson, NV 89016-0401 | Eric Warden<br>c/o UIRC<br>15700 W. 103rd Street<br>Lemont, IL 60439-9610 |
| Frank B. Chauner Revocable Trust<br>1029 Adelaide Drive<br>Northbrook, IL 60062-3424 | Frank B. Chauner SEP IRA<br>1029 Adelaide Drive<br>Northbrook, IL 60062-3424 | Frank Chauner<br>1029 Adelaide Drive<br>Northbrook, IL 60062-3424 |
| Illinois Dept of Employmnt Security<br>Benefit Payment Control Division<br>PO Box 4385<br>Chicago, IL 60680-4385 | Illinois Dept of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| James Pasko<br>5397 Lakewood Drive<br>Coloma, MI 49038-9629 | James Stevens<br>801 Provencal Drive<br>Burr Ridge, IL 60527-6867 | Jeffrey Kolodny<br>6160 N. Cicero Avenue<br>#620<br>Chicago, IL 60646-4392 |

| | | |
|---|---|---|
| John Majic<br>909 St. Stephens Green<br>Oak Brook, IL 60523-2569 | John Milne<br>1226 S. New Wilke Dr<br>#408<br>Arlington Hts, IL 60005-2954 | Joseph F. Hercik<br>2512 N. Menard Avenue<br>Chicago, IL 60639-2325 |
| Kriza Ostojic<br>1302 Edgewood Lane<br>Northbrook, IL 60062-4716 | LLH Partnership<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601-4277 | LLH Partnership (Mitch Goldsmith)<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601-4277 |
| Lawrence and Laura McCulloch<br>6716 Bridgewater Village Road<br>Windermere, FL 34786-7386 | Michael A Kolodny<br>6160 N. Cicero Avenue<br>#620<br>Chicago, IL 60646-4392 | Michael Shenson<br>707 Alalapa Lane<br>Foster City, CA 94404 |
| Mitchell Goldsmith<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601-4277 | Mitchell Goldsmith Self Dec of Trust<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601-4277 | Radley Persall Premarital Trust<br>c/o Chauner Securities<br>666 Dundee Road #903<br>Northbrook, IL 60062-2735 |
| Randall Persall<br>c/o Chauner Securities<br>666 Dundee Road #903<br>Northbrook, IL 60062-2735 | Richard and Donna Milne<br>1226 S. New Wilke Dr<br>#408<br>Arlington Hts, IL 60005-2954 | Robert Gold<br>1117 East Woodward Dr<br>Tulsa, OK 74114-1247 |
| Robert T and Dawn M Geras<br>55 East Erie Street<br>#2905<br>Chicago, IL 60611-2255 | SLS Westcoast Trust<br>c/o Stephan Schwartz<br>532 Brierhill<br>Deerfield, IL 60015-4404 | Shefsky & Froelich, LTD.<br>111 E. Wacker Drive<br>Suite 2800<br>Chicago, IL 60601-4209 |
| Stuart Pinkert<br>500 Skokie Boulevard<br>#525<br>Northbrook, IL 60062-2866 | Stuart Pinkert<br>c/o Chauner Securities<br>666 Dundee Rd., Ste. 903<br>Northbrook, IL 60062-2735 | Stuart and Rhonda Salins<br>211 Linden Park Place<br>Highland Park, IL 60035-2519 |
| Taft Stettinius & Hollister LLP<br>f/k/a Shefsky & Froelich Ltd<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL 60601-4209 | The Dean Andrews IRA<br>c/o Dean Andrews<br>1461-A South Prairie Ave<br>Chicago, IL 60605-3037 | Troy Bernstein<br>3012 Majestic Oaks Drive<br>St. Charles, IL 60174-7955 |
| Urban Investment Research Corp<br>15700 W. 103rd Street<br>Lemont, IL 60439-9610 | Weissberg & Associates, Ltd.<br>401 South LaSalle Street<br>Chicago, IL 60605-2993 | William H. Hrabak<br>Goldstine Skrodzki Russian Nemec<br>835 McClintock Dr.<br>Burr Ridge, IL 60527-0859 |
| Douglas S Draper<br>███████████████<br>███████████████<br>███████████████ | Eric Warden<br>15700 103rd Street<br>Lemont, IL 60439-9610 | Greta M Brouphy<br>███████████████<br>███████████████<br>███████████████ |

Joseph and Irene Hercik
2512 N Menard Ave
Chicago, IL 60639-2325

Laura J Mcculloch

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027



```
End of Label Matrix
Mailable recipients    62
Bypassed recipients    24
Total                  86
```

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                          *        Case No. 14-28918

FAP INVESTORS, LLC              *        CHAPTER 11

    Debtor                      *

## MOTION FOR FINAL DECREE

**NOW INTO COURT**, through undersigned counsel, FAP Investors, LLC, (the "Debtor") as the reorganized debtor, who moves this Court for a final decree closing this chapter 11 proceeding (the "Motion"). In support of this Motion, the Debtor respectfully represents as follows:

### Jurisdiction

1. This Court has jurisdiction over this Motion under 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. §157(b). This venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The authority for the relief requested herein are sections 105(a) and 350(a) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the "Bankruptcy Code"), Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 3022-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court Northern District of Illinois.

### Background

3. On August 6, 2014 (the "Petition Date"), the Debtor filed its voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code (the "Chapter 11 Case").

4.      On July 7, 2015, this Court entered the *Order: (1) Approving the Adequacy of the Third Amended Disclosure Statement, (II) Setting the Plan Confirmation Hearing and Certain Deadlines, and (III) Approving the Form of the Ballot* [ECF Dkt. # 75].

5.      The *Debtor's Third Amended Chapter 11 Plan of Reorganization* [ECF Dkt. # 64], (the "Plan"), provides for the conversion of pre-petition unsecured debt owed by the Debtor to post-reorganized equity.

6.      This Court on September 4, 2015, docketed the *Order Confirming the Debtor's Third Amended Chapter 11 Plan of Reorganization* (the "Confirmation Order") [ECF Dkt. # 163]. However, the Debtor sought and was granted the authority to amend the Confirmation Order to include the Debtor's enterprise value so that post-reorganized creditors have a base to value post-reorganized equity. Accordingly, this Court on September 23, 2015, docketed the *Amended Order Confirming Debtor's Third Amended Chapter 11 Plan of Reorganization* (the "Amended Confirmation Order")[ECF Dkt. # 169].

7.      Pursuant to the terms of the Plan and subject to the provisions of Article V of the Plan, the Effective Date was October 26, 2015.

8.      Pursuant to Article III of the Plan, the Administrative Bar Date was November 24, 2015. There were no administrative claims asserted against the Debtor on or before the bar date.

9.      This Court on November 9, 2015, docketed the *Order Granting Amended Second Interim Application and Final Application for Compensation for Heller, Draper, Patrick, Horn & Dabney, LLC* [ECF Dkt. # 173] granting Heller, Draper, Patrick, Horn & Dabney, LLC – as counsel for the Debtor – an allowed administrative expense claim pursuant to section 503(b)(4) of the Bankruptcy Code with a priority pursuant to section 507(a)(2) of the Bankruptcy Code.

10.     After reviewing the claims asserted against the Debtor, the Debtor has made the

{00350462-2}                                            2

determination not to file objections to claims as allowed by Article X of the Plan.

11. Pursuant to the terms of the Plan, the Membership Interest in the Debtor is as follows: (i) 78% Membership Interest held by Class1: Unsecured Creditors; (ii) 15% Membership Interest held by Class 2: Class AA Members; (iii) 5% Membership Interest held by Class 3: Class A Members; and (iv) 2% held by Frozen Assets Property Manager LLC as the post-confirmation manager of the Debtor.

### Local Rule 3022-1 Status of Class Payments

12. Pursuant to Local Rule 3022-1, the following is a summary of the status of payments due to each class under the Plan.

13. <u>Class 1: Unsecured Creditors.</u> Pursuant to Article I and Article III of the Plan, each unsecured creditor was sent an election form allowing the creditor to elect: (i) the Cash Out Option (paying such creditor a calculated percentage of a claim over 4 years); or (ii) convert the claim into a membership interest in the Debtor. Two unsecured creditors elected the Cash Out Option. The Plan provides that each creditor electing the Cash Out Option will receive a pro rata share of $680,000. The funds are to be distributed to cash out creditors quarterly up to a maximum quarterly total payment of $50,000 with a final payment made on the fourth anniversary of the Effective Date, which is the fourth quarter of 2019. See Exhibit A for calculations. The remaining unsecured creditors' claims that elected the membership interest are converted into a Membership Interest based upon the Plan formula. See Exhibit A for the calculation.

14. <u>Class 2: Class AA Members.</u> Pursuant to Article III of the Plan, each Class AA member will receive a pro rata share of 15% of the membership interest in the Debtor. See Exhibit B for each Class AA Members' interest.

{00350462-2}                                    3

15. <u>Class 3: Class A Members.</u> Pursuant to Article III of the Plan, each Class A member will receive a pro rata share of 5% of the membership interest in the Debtor. See Exhibit C for each Class A Members' interest.

**Relief Requested**

16. Pursuant to this Motion, the Debtor requests that this Court enter a final decree closing the bankruptcy case.

**Basis for Relief**

17. Section 350(a) of the Bankruptcy Code provides that "after an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. § 350(a). Bankruptcy Rule 3022 provides that, "after an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed.R.Bankr.P. 3022.

18. According to the 1991 Advisory Committee Note to Bankruptcy Rule 3022, factors that the court should consider in determining whether an estate has been fully administered include: (1) whether the order confirming the plan has become final, (2) whether deposits required by the plan have been distributed, (3) whether the property proposed by the plan to be transferred has been transferred, (4) whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan, (5) whether payments under the plan have commenced, and (6) whether all motions, contested matters, and adversary proceedings have been fully resolved. *See* Fed. R. Bankr. P. 3022, Advisory Committee Notes (1991); and *In re JMP-Newcor International, Inc.*, 225 B.R. 462, 465 (N.D. Ill. 1998).

19. The Debtor submits that granting the final decree is appropriate as: (i) the

Amended Confirmation Order is final; (ii) the Debtor has sent out and received responses to the election form allowing unsecured creditors to elect either the Cash Out Option on Membership Interest based on claim amount; (iii) quarterly payments to those Class 1 creditors electing the Cash Out Option will commence in the first quarter of 2016; and (iv) there are no motions, contested matters, or adversary proceedings pending.

20. The Debtor submits that within fourteen (14) days of the order granting this Motion becomes final, the Debtor shall file the final post-confirmation monthly report and shall pay to the United States Trustee any outstanding final quarterly fees due pursuant to 28 U.S.C. § 1930(a)(6).

21. Accordingly, as the Debtor's estate has been fully administered within the meaning of section 350(a) of the Bankruptcy Code, and Debtor requests that the Court enter a final decree.

WHEREFORE, the Debtor respectfully requests that this Court enter the a final decree closing this case as the proceeding has been fully administered and for all other general and equitable relief to which it may be entitled.

This 18th day of February 2016.

> Respectfully submitted,
>
> */s/ Greta M. Brouphy*
> Douglas S. Draper, IL Bar No. #90784481
> Leslie A. Collins, (*pro hac vice*)
> Greta M. Brouphy, (*pro hac vice*)
> **HELLER, DRAPER, PATRICK, HORN
>  & DABNEY, L.L.C.**
> 650 Poydras Street, Suite 2500
> New Orleans, Louisiana 70130-6103
> Telephone:  504-299-3300/Via Fax: 504-299-3399
> **Counsel for the Reorganized Debtor**

{00350462-2}                                      5

**FAP Investors, LLC**
Payments to Creditors
that Elected the Cash Out Option

Exhibit "A"

## Cash Out Option:

Pro rata share of **$680,000** times the dollar amount of
the claims of creditors electing the cash out option
over the total dollar amount of claims

First 15 quarters debtor will distribute up to $50,000
to cash out creditors
($50,000 x $1,049,744.19/$7,616,543.24)

| | | |
|---|---|---|
| 0.138 | $6,900.00 | distributed each quarter |

Final payment creditor will receive remaining share
funds owed on 4th anniversary of Effective Date

Each creditors' quarterly payments

| | Monthly Payment thru 1st Quarter 2019 | Total | Final Payment 2nd Quarter 2019 | Total Paid |
|---|---|---|---|---|
| AMS Mechanical - $618,278.84 ($6,900.00 x $618,278.84/$1,049,744.19) | $4,063.97 | $52,831.61 | $2,367.94 | $55,199.55 |
| Dean Andrews - $431,465.35 ($6,900.00 x $431,465.35/$1,049,744.19) | $2,836.03 | $36,868.39 | $1,652.19 | $38,520.58 |
| | $6,900.00 | $89,700.00 | $4,020.13 | **$93,720.13** |

Totals
AMS Mechanical
($680,000 x $618,278.84/$7,616,543.24)             $55,199.53

Dean Andrews
($680,000 x $431,465.35/$7616543.24)               $38,520.94
                                                    **$93,720.47**

FAP Investors, LLC
Membership Interest for
Unsecured Creditors Choosing Membership Option

| Unsecured Claimants | Claim Amount | Membership Interest |
|---|---|---|
| Bismark Brackett | $2,109,915.64 | 25.06% |
| David Peluso | $653,916.38 | 7.77% |
| David Sherman | $369,052.08 | 4.38% |
| Eric Warden | $150,903.78 | 1.79% |
| Frank K. Chauner Revocable Trust | $854.17 | 0.01% |
| Frank K. Chauner Revocable Trust | $229,168.00 | 2.72% |
| Kriza Ostojic | $717,625.00 | 8.52% |
| LLH Partnership (Mitch Goldsmith) | $231,083.33 | 2.74% |
| Mitchel Goldsmith Self Dec of Trust | $862,866.19 | 10.25% |
| Radley Persall Premarital Trust | $400,320.55 | 4.75% |
| Shefsky & Froelich, Ltd. k/n/a Taft Stettinius & Holister, LLP | $76,754.40 | 0.91% |
| Urban Investment Research Group | $328,312.24 | 3.90% |
| Weissberg & Associates, Ltd. | $35,706.29 | 0.42% |
| Stuart L. Dinkert IRA | $400,321.00 | 4.75% |
| Total | $6,566,799.05 | 78.00% |
| | | |
| | | |
| | | |
| | | |
| | | |
| Membership Interest: | | |
| Unsecured Claim of Creditor/Total Unsecured Claims not electing cash out option X 78% | | |

FAP Investors LLC
Class A and Class AA Ownership %

Exhibit "B"

Class A: dollars invested by Class A Member/Total Dollars Invested by all Class A Members X 5%
Class AA: dollars invested by Class AA Member/Total Dollars Invested by all Class AA Members X 15%

| CLASS AA | Investment Amount | Plan Ownership % |
|---|---|---|
| Robert M.Gold | $25,000.00 | 0.35% |
| Robert M.Gold | $7,500.00 | 0.10% |
| CGR Real Estate X | $45,000.00 | 0.62% |
| CGR Real Estate XI | $45,000.00 | 0.62% |
| Stuart Pinkert | $30,000.00 | 0.42% |
| Radley Persall | $30,000.00 | 0.42% |
| Frank B. Chauner | $25,000.00 | 0.35% |
| SLS Westcoast Trust | $15,000.00 | 0.21% |
| CD Control (Dean Andrews) | $90,000.00 | 1.25% |
| Azteca Foods | $420,000.00 | 5.83% |
| Troy Bernstein | $15,000.00 | 0.21% |
| Mitch Goldsmith | $170,000.00 | 2.36% |
| Mitch Goldsmith | $36,000.00 | 0.50% |
| Mitch Goldsmith | $105,000.00 | 1.46% |
| Mitch Goldsmith | $22,000.00 | 0.31% |
|  | **$1,080,500.00** | 15.00% |

FAP Investors LLC
Class A and Class AA Ownership %

Exhibit "C"

Class A:  dollars invested by Class A Member/Total Dollars Invested by all Class A Members X 5%

Class AA: dollars invested by Class AA Member/Total Dollars Invested by all Class AA Members X 15%

| CLASS A | Investment Amount | Plan Ownership % |
|---|---|---|
| John Majic | $500,000.00 | 0.44% |
| John Majic | $125,000.00 | 0.11% |
| John Majic | $125,000.00 | 0.11% |
| Azteca Foods | $1,400,000.00 | 1.24% |
| Jim Stevens | $658,000.00 | 0.58% |
| Michael Shenson | $100,000.00 | 0.09% |
| Dean Andrews | $300,000.00 | 0.27% |
| Troy Bernstein | $50,000.00 | 0.04% |
| Mitchell Goldsmith Trust | $150,000.00 | 0.13% |
| Mitchell Goldsmith Trust | $150,000.00 | 0.13% |
| Mitchell Goldsmith Trust | $25,000.00 | 0.02% |
| Kirza Ostojic | $350,000.00 | 0.31% |
| Kirza Ostojic | $150,000.00 | 0.13% |
| CGR Fund XI | $150,000.00 | 0.13% |
| Radley Persall Premairtal Trust | $50,000.00 | 0.04% |
| Radley Persall Premairtal Trust | $50,000.00 | 0.04% |
| Stuart Pinkert | $100,000.00 | 0.09% |
| Lawrence and Linda McCollough | $100,000.00 | 0.09% |
| Joe Hercik | $100,000.00 | 0.09% |
| Michael Kolodny | $100,000.00 | 0.09% |
| Jeffrey Kolodny | $100,000.00 | 0.09% |
| Frank Chauner Trust | $50,000.00 | 0.04% |
| CGR Fund IX | $150,000.00 | 0.13% |
| Robert Geras | $100,000.00 | 0.09% |
| Anica Ostojic | $200,000.00 | 0.18% |
| John Milne | $50,000.00 | 0.04% |
| Stuart and Rhonda Salins | $25,000.00 | 0.02% |
| Richard and Donna Milne | $75,000.00 | 0.07% |
| Robert Gold | $25,000.00 | 0.02% |
| Jim Pasco | $100,000.00 | 0.09% |
| SLS Westcoast Trust | $50,000.00 | 0.04% |
| | **$5,658,000.00** | 5.00% |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-28918 |
| FAP INVESTORS, LLC | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER ON MOTION FOR FINAL DECREE**

This matter having come before the Court regarding the Motion for Final Decree (the "Motion") and consideration of the pleadings, record of this case, together with the relevant provisions of the Bankruptcy Code;

IT IS HEREBY ORDERED as this proceeding is fully administered pursuant to 11 U.S.C. § 350:

1. The Motion is GRANTED;

2. The Debtor within fourteen (14) days of this Order becoming final will submit its final monthly operating report and pay all fees required pursuant to 28 U.S.C. § 1930.

Enter:

Dated:                                                        United States Bankruptcy Judge

**Prepared by:**

Douglas S. Draper, IL Bar No. #90784481
Leslie A. Collins, (pro hac vice)
Greta M. Brouphy, (pro hac vice)
HELLER, DRAPER, PATRICK, HORN
 & DABNEY, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone:  504-299-3300
Via Fax: 504-299-3399
Counsel for the Reorganized Debtor

Rev: 20151029_bko