B2710 (Form 2710) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  FAP Investors, LLC,
        Debtor(s)

Case No.  14-28918

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any):
Employer's Tax Identification (EIN) No(s). (if any):     20-0394909

Chapter  11

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☑ The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

☐ _____
(name of trustee)
is discharged as trustee of the estate of the above-named debtor; and the bond is cancelled.

☑ the chapter  11  case of the above-named debtor is closed; and

☐ [other provisions as needed]

Date:  March 9, 2016

By: /s/ [signature]
Bankruptcy Judge

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.